AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

DAVID L. de CSEPEL, et al. )
        *Plaintiff* )
v. ) Case No. 1:10-cv-01261 (ESH)
REPUBLIC OF HUNGARY, et al.* )
        *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
the Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Techology and Economics

Date: 01/11/2011

*Attorney's signature*

D. Grayson Yeargin (Bar No. 476324)
*Printed name and bar number*

Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004-2128
*Address*

gyeargin@nixonpeabody.com
*E-mail address*

(202) 585-8000
*Telephone number*

(202) 585-8080
*FAX number*

*Republic of Hungary, a foreign state

The Hungarian National Gallery
Buda Palace, Buildings A, B, C, D,
Szent György tér 2,
1014 Budapest, Hungary

The Museum of Fine Arts
Dózsa György út 41,
1146 Budapest Pf. 463,
H-1396 Budapest 62, Hungary

The Museum of Applied Arts
Üllői út 33-37,
1091 Budapest, Hungary

The Budapest University of
Technology and Economics
Műegyetem rkp. 3-9,
H-1111 Budapest, Hungary

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2011, I caused a true and correct copy of the foregoing Appearance of Counsel to be filed electronically with the United States District Court for the District of Columbia. I also certify that I caused the foregoing to be served, via-first class mail, postage prepaid, upon the following:

> Michael Dewayne Hays
> Daniel D. Prichard
> DOW LOHNES PLLC
> 1200 New Hampshire Avenue, N.W.
> Suite 800
> Washington, D.C., 20036
> *Counsel for Plaintiffs*
>
> Michael S. Shuster
> Sheron Korpus
> Alycia Regan Benenati
> Dorit Ungar
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 1633 Broadway
> New York, NY 10019-6799
> *Counsel for Plaintiffs*
>
> Thaddeus J. Stauber
> Sarah Erickson Andre
> Gas Company Tower
> NIXON PEABODY LLP
> 555 West Fifth Street
> Los Angeles, CA 90013
> *Counsel for Defendants*

                                        /s/ D. Grayson Yeargin
                                        D. Grayson Yeargin