UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID L. DE CSEPEL**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-1261 (ESH) |
| ) | |
| **REPUBLIC OF HUNGARY**; et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time, it is hereby

ORDERED that the parties' joint motion [dkt. #8] is GRANTED; it is further

ORDERED that the following deadlines are applicable:

| | |
|---|---|
| February 15, 2011 | Defendants' Motion to Dismiss Due |
| April 1, 2011 | Plaintiffs' Opposition to Defendants' Motion to Dismiss Due |
| May 2, 2011 | Defendants' Reply in Support of Motion to Dismiss Due |

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: January 12, 2011