AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DAVID L. de CSEPEL, et al.  )
_____     )
   Plaintiff                )
      v.                    )   Case No.  1:10-cv-01261 (ESH)
REPUBLIC OF HUNGARY, et al. )
_____     )
   Defendant                )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
the Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Techology and Economics

Date: 1/12/2011

*Attorney's signature*

David D. West (DC Bar # 990695)
*Printed name and bar number*

Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, D.C. 20004-2128
*Address*

dwest@nixonpeabody.com
*E-mail address*

(202) 585-8000
*Telephone number*

(202) 585-8080
*FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2011, I caused a true and correct copy of the foregoing Appearance of Counsel to be filed electronically with the United States District Court for the District of Columbia. I also certify that I caused the foregoing to be served, via-first class mail, postage prepaid, upon the following:

>Michael Dewayne Hays
>Daniel D. Prichard
>DOW LOHNES PLLC
>1200 New Hampshire Avenue, N.W.
>Suite 800
>Washington, D.C., 20036
>*Counsel for Plaintiffs*
>
>Michael S. Shuster
>Sheron Korpus
>Alycia Regan Benenati
>Dorit Ungar
>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>1633 Broadway
>New York, NY 10019-6799
>*Counsel for Plaintiffs*
>
>Thaddeus J. Stauber
>Sarah Erickson Andre
>Gas Company Tower
>NIXON PEABODY LLP
>555 West Fifth Street
>Los Angeles, CA 90013
>*Counsel for Defendants*

/s/ David D. West
David D. West