AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| David de Csepel, et al., <br> *Plaintiff* <br> v. <br> Republic of Hungary, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:10-cv-01261-ESH <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs David L. de Csepel, Angela Maria Herzog and Julia Alice Herzog

Date:   03/24/2011

*Attorney's signature*

Daniel D. Prichard (DC Bar No. 476449)
*Printed name and bar number*

Dow Lohnes PLLC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC  20036-6802
*Address*

dprichard@dowlohnes.com
*E-mail address*

(202) 776-2374
*Telephone number*

(202) 776-4374
*FAX number*