IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. de CSEPEL, *et al.* | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | )    No. 1:10-cv-01261(ESH) <br> ) |
| REPUBLIC OF HUNGARY, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs David L. de Csepel, Angela Maria Herzog and Julia Alice Herzog, by and through undersigned counsel, hereby notify the Court of the recent decision of the United States District Court for the Northern District of Illinois in *Holocaust Victims of Bank Theft v. Magyar Nemzeti Bank et al.*, No. 10-1884, 2011 U.S. Dist. LEXIS 54293 (N.D. Ill. May 18, 2011) (attached hereto as Exhibit A) and respectfully request that the Court consider that decision as supplemental authority in further support of Plaintiffs' May 2, 2011 Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Complaint (Dkt. No. 22). The decision is relevant to Plaintiffs' arguments that this Court has subject matter jurisdiction over Plaintiffs' claims and that neither *forum non conveniens*, statute of limitations, the act of state doctrine nor the political question doctrine warrants dismissal of the Complaint.

In its May 18 decision, the district court in *Holocaust Victims of Bank Theft* denied the defendants' motions to dismiss plaintiffs' amended complaint in their entirety. Among other things, the court rejected defendants' argument that the doctrine of *forum non conveniens* mandated dismissal of plaintiffs' claims based on genocide, aiding and abetting genocide,

bailment, conversion, constructive trust, and accounting, arising out of defendants' alleged role in expropriating and withholding assets and funds from Hungarian Jews who were victims of the Holocaust and their next of kin.  *See Holocaust Victims of Bank Theft*, 2011 U.S. Dist. LEXIS 54293, at *11-13.  The court also found that the complaint could not properly be dismissed on statute of limitations grounds at the motion to dismiss stage, including because of factual issues concerning whether equitable tolling should apply.  *Id.* at *13-14.  The court also rejected defendants' argument that the political question doctrine barred plaintiffs' claims.  *Id.* at *14-16.

With respect to the sole sovereign defendant – Magyar Nemzeti Bank (the central bank of Hungary) – the court found that plaintiffs had pleaded facts sufficient to satisfy the "takings" exception to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605(a)(3), concluding that the alleged taking of money and other property held in bank accounts or safe deposit boxes at the bank constituted a taking in violation of international law.  *Id.* at *17-18.  The court also reserved decision on whether Hungary had implicitly waived sovereign immunity by agreeing in its constitution to submit to international law.  *Id.* at *18-19.  The court also rejected Magyar Nemzeti Bank's reliance on the act of state doctrine, holding that application of the doctrine raised factual issues that could not be resolved at the pleading stage.  *Id.* at *19-20.

      Respectfully submitted,

      /s/ Michael D. Hays
Michael D. Hays (D.C. Bar No. 932418)
Daniel D. Prichard (D.C. Bar No. 476449)
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel:  (202) 776-2000
Fax:  (202) 776-2222
mhays@dowlohnes.com
dprichard@dowlohnes.com

*Counsel For Plaintiffs*

3

        Of Counsel:

Michael S. Shuster (*pro hac vice*)
Sheron Korpus (*pro hac vice*)
Alycia Regan Benenati (*pro hac vice*)
Dorit Ungar (*pro hac vice*)
KASOWITZ BENSON TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mshuster@kasowitz.com
skorpus@kasowitz.com
abenenati@kasowitz.com
dungar@kasowitz.com

Dated:  May 25, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Notice of Supplemental Authority was served this 25th day of May, 2011, via the Court's electronic filing system on the following individuals:

D. Grayson Yeargin
David D. West
NIXON PEABODY LLP
401 Ninth Street NW
Suite 900
Washington, DC 20004
Tel: (202)-585-8000
Fax: (202)-585-8080
gyeargin@nixonpeabody.com
dwest@nixonpeabody.com

Thaddeus J. Stauber (*pro hac vice*)
Sarah Erickson André (*pro hac vice*)
NIXON PEABODY LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 629-6000
Fax: (213) 629-6001
tstauber@nixonpeabody.com
sandre@nixonpeabody.com

    /s/ *Michael D. Hays*
    Michael D. Hays