UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-1261 (ESH) |
| ) | |
| **REPUBLIC OF HUNGARY, et al.**, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion for Judicial Notice of Documents and Facts [Dkt. No. 14] is **GRANTED** as to the Nierenberg litigation (including the 1999 Complaint and the 2008 decision by the Metropolitan Appellate Court) and the various Hungarian laws referred to in the Court's accompanying Memorandum Opinion, but **DENIED** in all other respects. It is further

**ORDERED** that plaintiffs' Motion for Leave to File Sur-Reply Memorandum [Dkt. No. 29] is **GRANTED**. It is further

**ORDERED** that defendants' Motion to Dismiss [Dkt. No. 15] is **GRANTED** as to plaintiffs' claims to the eleven pieces of artwork at issue in the Nierenberg litigation but **DENIED** in all other respects.

**SO ORDERED.**

                                                  /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: September 1, 2011