# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.* | ) ) ) ) |
| **Plaintiffs,** | ) ) ) |
| vs. | ) No. 1:10-cv-01261(ESH) |
| **REPUBLIC OF HUNGARY,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Technology and Economics (collectively, "Hungary"), through counsel, appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of the District Court entered in this action on September 1, 2011, by Judge Ellen S. Huvelle, denying, in part, Hungary's motion to dismiss.

Dated: September 12, 2011        Respectfully submitted,

       /s/ D. Grayson Yeargin
D. Grayson Yeargin (Bar No. 476324)
David D. West (Bar No. 990695)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
gyeargin@nixonpeabody.com
dwest@nixonpeabody.com
***Counsel for Defendants***

        Thaddeus J. Stauber
        Sarah Erickson André
        Gas Company Tower
        NIXON PEABODY LLP
        555 West Fifth Street
        Los Angeles, CA 90013
        Telephone: (213) 629-6000
        Facsimile: (213) 629-6001
        tstauber@nixonpeabody.com
        sandre@nixonpeabody.com
        ***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2011, I caused a true and correct copy of the foregoing Notice of Appeal to be filed electronically with the United States District Court for the District of Columbia. I also certify that I caused the foregoing to be served, via first-class mail, postage prepaid, upon the following:

>Michael Dewayne Hays
>Daniel D. Prichard
>DOW LOHNES PLLC
>1200 New Hampshire Avenue, N.W.
>Suite 800
>Washington, D.C., 20036
>*Counsel for Plaintiffs*
>
>Michael S. Shuster
>Sheron Korpus
>Alycia Regan Benenati
>Dorit Ungar
>Megan Kathleen Zwiebel
>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>1633 Broadway
>New York, NY 10019-6799
>*Counsel for Plaintiffs*

                                               /s/ D. Grayson Yeargin
                                                D. Grayson Yeargin