## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID L. de CSEPEL**, *et al.* | ) |
|  | ) |
|  | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| **vs.** | ) |
|  | )   **No. 1:10-cv-01261(ESH)** |
| **REPUBLIC OF HUNGARY**, *et al.*, | ) |
|  | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |
|  | ) |
|  | ) |

## JOINT MOTION FOR BRIEFING SCHEDULE

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Local Civil Rule 7, all parties in this action (collectively, the "Parties"), through counsel, jointly move the Court to adopt the following briefing schedule for Defendants Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Technology and Economics' (collectively, "Hungary") forthcoming motion for certification of issues for appeal pursuant to 28 U.S.C. § 1292(b) ("Certification Motion").  In support of this motion, the Parties state as follows:

1.      On September 1, 2011, this Court granted, in part, and denied, in part, the Motion to Dismiss that Hungary filed in this action.

2.      On September 12, 2011, Hungary filed a Notice of Appeal of this Court's September 1, 2011, Memorandum Opinion and Order, to the United States Court of Appeals for the District of Columbia Circuit.

3.      On September 12, 2011, Hungary also moved to, *inter alia*, stay all proceedings and discovery in this Court pending resolution of its appeal.  In that motion, Hungary stated its

intent to file a Certification Motion requesting certification of certain additional issues for appeal other than Hungary's assertion of sovereign immunity.

4.     On September 15, 2011, at the Court's request, the Parties and the Court participated in a conference call regarding scheduling issues in this matter.  The Parties agreed to confer further concerning Hungary's proposed Certification Motion.  Later that day, the Court granted Hungary's motion to stay all proceedings and discovery.

5.     On September 19, 2011, the Parties conferred concerning the Certification Motion and jointly propose the following briefing schedule:

    a.  Hungary shall file its Certification Motion on or before Monday, September 26, 2011;

    b.  Plaintiffs shall file their opposition to Hungary's Certification Motion on or before Monday, October 17, 2011;

    c.  Hungary shall file its reply in support of its Certification Motion on or before Friday, October 28, 2011.

WHEREFORE, the Parties respectfully request that the Court set the deadline for Hungary to file its Certification Motion as September 26, 2011, with Plaintiffs' opposition to Hungary's Certification Motion due on or before October 17, 2011, and any reply by Hungary due on or before October 28, 2011.

Respectfully submitted,

/s/  Michael D. Hays
Michael D. Hays (D.C. Bar No. 932418)
Daniel D. Prichard (D.C. Bar No. 476449)
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C.  20036
Tel:  (202) 776-2000
Fax:  (202) 776-2222
mhays@dowlohnes.com
dprichard@dowlohnes.com
*Counsel For Plaintiffs*

/s/  D. Grayson Yeargin
D. Grayson Yeargin (D.C. Bar No. 476324)
David D. West (D.C. Bar No. 990695)
NIXON PEABODY LLP
401 Ninth Street, N.W.
Suite 900
Washington, D.C. 20004
Tel: (202)-585-8000
Fax: (202)-585-8080
gyeargin@nixonpeabody.com
dwest@nixonpeabody.com
*Counsel for Defendants*

Of Counsel:

Michael S. Shuster (*pro hac vice*)
Sheron Korpus (*pro hac vice*)
Alycia Regan Benenati (*pro hac vice*)
Megan Zwiebel (*pro hac vice*)
KASOWITZ BENSON TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mshuster@kasowitz.com
skorpus@kasowitz.com
abenenati@kasowitz.com
mzwiebel@kasowitz.com
*Counsel for Plaintiffs*

Of Counsel:

Thaddeus J. Stauber (*pro hac vice*)
Sarah Erickson Andre (*pro hac vice*)
NIXON PEABODY LLP
555 West Fifth Street
Los Angeles, California 90013
Tel: (213) 629-6000
Fax: (213) 629-6001
tstauber@nixonpeabody.com
sandre@nixonpeabody.com
*Counsel for Defendants*

Dated:  September 21, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2011, I caused true and correct copies of the foregoing Joint Motion for Briefing Schedule and attached Proposed Order, to be filed electronically with the United States District Court for the District of Columbia.  I also certify that I caused the foregoing to be served, via first-class mail, postage prepaid, upon the following:

> Michael Dewayne Hays
> Daniel D. Prichard
> DOW LOHNES PLLC
> 1200 New Hampshire Avenue, N.W.
> Suite 800
> Washington, D.C., 20036
> *Counsel for Plaintiffs*
>
> Michael S. Shuster
> Sheron Korpus
> Alycia Regan Benenati
> Dorit Ungar
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 1633 Broadway
> New York, NY 10019-6799
> *Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　/s/ D. Grayson Yeargin
　　　　　　　　　　　　　　　　　　　D. Grayson Yeargin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID L. de CSEPEL,** *et al.* | ) |
|  | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| **vs.** | )  **No. 1:10-cv-01261(ESH)** |
|  | ) |
| **REPUBLIC OF HUNGARY,** *et al.*, | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |
|  | ) |

## ORDER

Upon consideration of the parties' Joint Motion for Briefing Schedule,  it is this __ day of September, 2011,

ORDERED that the parties' joint motion be, and it hereby is, GRANTED, and the following filing deadlines are applicable:

| September 26, 2011 | Defendants' motion seeking certification of certain issues for appeal ("Certification Motion") |
|---|---|
| October 17, 2011 | Plaintiffs' Opposition to Defendants' Certification Motion |
| October 28, 2011 | Defendants' Reply in Support of their Certification Motion |

SO ORDERED:

_____
Hon. Ellen S. Huvelle
United States District Judge