# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 10-1261 (ESH) |
| ) | |
| **REPUBLIC OF HUNGARY, et al.**, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the parties' Joint Motion for Briefing Schedule, it is hereby

**ORDERED** that the parties' joint motion [dkt. #41] is **GRANTED**; and it is further

**ORDERED** that the following filing deadlines are applicable:

| | |
|---|---|
| September 26, 2011 | Defendants' motion seeking certification of certain issues for appeal ("Certification Motion") |
| October 17, 2011 | Plaintiffs' Opposition to Defendants' Certification Motion |
| October 28, 2011 | Defendants' Reply in Support of their Certification Motion |

**SO ORDERED.**

                                            /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

Date: September 21, 2011