# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | No. 1:10-cv-01261(ESH) |
| ) | |
| **REPUBLIC OF HUNGARY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING DEFENDANTS' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b) TO APPEAL ISSUES ARISING FROM THIS COURT'S SEPTEMBER 1, 2011, MEMORANDUM OPINION AND ORDER

Upon consideration of Defendants' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal Issues Arising From this Court's September 1, 2011, Memorandum Opinion and Order ("Motion"), the Memorandum of Points and Authorities in Support thereof, and any Opposition and Reply thereto, it is this ___ day of October, 2011 hereby:

ORDERED, that the Motion be, and it hereby is, Granted; and it is further

ORDERED, that, because the September 1, 2011, Memorandum Opinion and Order [Dkt. Nos. 33 and 34] involves controlling questions of law as to which there are substantial grounds for differences of opinion, and an immediate appeal from that Order may materially advance the ultimate termination of this litigation, the following issues be, and hereby are, certified for appeal pursuant to 28 U.S.C. § 1292(b):

1. whether the doctrine of forum non conveniens warrants dismissal;

-2-

2. whether the District of Columbia's statute of limitations bars claims relating to the remaining artworks;

3. whether this case presents non-justiciable political questions;

4. whether Plaintiffs' bailment claim states a viable cause of action; and

5. whether the Court should apply the act of state doctrine to bar Plaintiffs' claims.

IT IS FURTHER ORDERED, that the Court's September 1, 2011, Memorandum Opinion and Order is hereby amended to reflect that the five issues identified above are certified for appeal.

SO ORDERED.

_____
Hon. Ellen S. Huvelle
United States District Judge