**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.* ) <br> ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) **No. 1:10-cv-01261(ESH)** <br> ) <br> **REPUBLIC OF HUNGARY,** *et al.*, ) <br> ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | |

**ORDER GRANTING PLAINTIFFS' ALTERNATIVE CROSS-MOTION**
**FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)**

Upon consideration of the Alternative Cross-Motion For Certification Pursuant to 28 U.S.C. § 1292(b) ("Cross-Motion") by Plaintiffs David L. de Csepel, *et al.*, together with the accompanying Memorandum of Points and Authorities in Opposition to Defendants' Motion For Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal Issues Arising From This Court's September 1, 2011 Memorandum Opinion and Order, and oral argument, if any, it is this ____ day of _____, 2011, hereby:

ORDERED, that the Alternative Cross-Motion be, and it hereby is GRANTED because this Court has granted Defendants' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) [Dkt. No. 43] in whole or in part and has determined that the September 1, 2011 Memorandum Opinion and Order [Dkt. Nos. 33 and 34] involves one or more controlling questions of law as to which there is substantial ground for difference of opinion, and that an immediate appeal may materially advance the ultimate termination of this litigation; and it is further

ORDERED that the following additional question of law be, and hereby is, certified for appeal pursuant to 28 U.S.C. § 1292(b):

> Whether the Court correctly applied the doctrine of international comity to decline jurisdiction over Plaintiffs' claims as to the eleven artworks that were previously the subject of the Nierenberg litigation in Hungary.

IT IS FURTHER ORDERED that the Court's September 1, 2011 Memorandum Opinion and Order is hereby amended to reflect that the issue identified above is certified for appeal.

SO ORDERED.

_____
Hon. Ellen S. Huvelle
United States District Judge

Copies to:

Michael D. Hays
Daniel D. Prichard
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C.  20036
Tel:  (202) 776-2000
Fax:  (202) 776-2222
mhays@dowlohnes.com
dprichard@dowlohnes.com
*Counsel for Plaintiffs*

D. Grayson Yeargin
David D. West
NIXON PEABODY LLP
401 Ninth Street N.W.
Suite 900
Washington, DC 20004
Tel: (202)-585-8000
Fax: (202)-585-8080
gyeargin@nixonpeabody.com
dwest@nixonpeabody.com
*Counsel for Defendants*

Michael S. Shuster
Sheron Korpus
Alycia Regan Benenati
Megan Zwiebel
KASOWITZ BENSON TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
mshuster@kasowitz.com
skorpus@kasowitz.com
abenenati@kasowitz.com
mzwiebel@kasowitz.com
*Counsel for Plaintiffs*

Thaddeus J. Stauber
Sarah Erickson André
NIXON PEABODY LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 629-6000
Fax: (213) 629-6001
tstauber@nixonpeabody.com
sandre@nixonpeabody.com
*Counsel for Defendants*