IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.* <br><br> **Plaintiffs,** <br><br> vs. <br><br> **REPUBLIC OF HUNGARY,** *et al.*, <br><br> **Defendants.** | ) ) ) ) ) ) ) ) No. 1:10-cv-01261(ESH) ) ) ) ) ) ) ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' ALTERNATIVE
CROSS-MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants, the Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Technology and Economics (collectively, "Hungary"), through counsel, respectfully submit this Opposition to Plaintiffs' Alternative Cross-Motion for Certification Pursuant to 28 U.S.C. § 1292(b). For the reasons set forth in detail in Section III of the Reply Memorandum in Support of Motion of Defendants Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and the Budapest University of Technology and Economics for Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal Issues Arising from This Court's September 1, 2011, Decision and Order, attached hereto as Exhibit A, Hungary respectfully requests that the Court deny Plaintiffs' Cross-Motion in its entirety.

Dated: October 28, 2011					Respectfully submitted,

                 /s/ D. Grayson Yeargin
              D. Grayson Yeargin (Bar No. 476324)
              David D. West (Bar No. 990695)
              NIXON PEABODY LLP
              401 Ninth Street, N.W., Suite 900
              Washington, D.C.  20004-2128
              Telephone: (202) 585-8000
              Facsimile: (202) 585-8080
              gyeargin@nixonpeabody.com
              dwest@nixonpeabody.com
              ***Counsel for Defendants***

              Thaddeus J. Stauber
              Sarah Erickson André
              Gas Company Tower
              NIXON PEABODY LLP
              555 West Fifth Street
              Los Angeles, CA 90013
              Telephone: (213) 629-6000
              Facsimile: (213) 629-6001
              tstauber@nixonpeabody.com
              sandre@nixonpeabody.com
              ***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2011, I caused true and correct copies of the foregoing Defendants' Opposition to Plaintiffs' Alternative Cross-Motion for Certification Pursuant to 28 U.S.C. § 1292(b), attached Exhibit A, and Proposed Order thereto, to be filed electronically with the United States District Court for the District of Columbia using the ECF system which will send a notification of such filing to the following:

> Michael Dewayne Hays
> Daniel D. Prichard
> DOW LOHNES PLLC
> 1200 New Hampshire Avenue, N.W.
> Suite 800
> Washington, D.C., 20036
> *Counsel for Plaintiffs*
>
> Michael S. Shuster
> Sheron Korpus
> Alycia Regan Benenati
> Dorit Ungar
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 1633 Broadway
> New York, NY 10019-6799
> *Counsel for Plaintiffs*

                                                 /s/ D. Grayson Yeargin
                                                 D. Grayson Yeargin

Case 1:10-cv-01261-ESH    Document 47    Filed 10/28/11    Page 4 of 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **No. 1:10-cv-01261(ESH)** |
| ) | |
| **REPUBLIC OF HUNGARY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DENYING PLAINTIFFS' ALTERNATIVE
## CROSS-MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)

Upon consideration of Plaintiff's Alternative Cross-Motion for Certification Pursuant to 28 U.S.C. 1292(b) ("Motion"), the grounds in support thereof (as stated in Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal Issues Arising from this Court's September 1, 2011 Memorandum Opinion and Order), and Defendants' Opposition thereto, it is this ___ day of November, 2011, hereby:

ORDERED, that the Motion be, and it hereby is, DENIED.

_____
Hon. Ellen S. Huvelle
United States District Judge