# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-7096**  **September Term 2011**

**1:10-cv-01261-ESH**

**Filed On:** November 15, 2011

David L. De Csepel, et al.,

    Appellees

    v.

Republic of Hungary, a foreign state, et al.,

    Appellants

## O R D E R

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the pending motions for certification for interlocutory appeal.  The parties are directed to file motions to govern further proceedings within 14 days of the district court's resolution of the pending motions.

    The Clerk is directed to transmit a copy of this order to the district court.  The district court is requested to notify this court promptly following its disposition of the motions.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Jennifer M. Clark
Deputy Clerk