APPEAL, CLOSED, STAYED, TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:10–cv–01261–ESH
### *Internal Use Only*

DE CSEPEL et al v. REPUBLIC OF HUNGARY et al
Assigned to: Judge Ellen S. Huvelle
 Case in other court:   USCA, 11–07096
Cause: 28:1602 Foreign Sovereign Immunities Act

Date Filed: 07/27/2010
Date Terminated: 09/15/2011
Jury Demand: None
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**DAVID L. DE CSEPEL**

represented by   **Daniel Donohoe Prichard**
DOW LOHNES PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
(202) 776–2374
Fax: (202) 776–4374
Email: dprichard@dowlohnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Dewayne Hays**
DOW LOHNES PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
(202) 776–2711
Fax: (202) 776–4711
Email: mhays@dowlohnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Regan Benenati**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: abenenati@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dorit Ungar**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway

New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: dungar@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Kathleen Zwiebel**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212)–506–1700
Email: mzwiebel@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: mshuster@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: skorpus@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**ANGELA MARIA HERZOG**          represented by   **Daniel Donohoe Prichard**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Michael Dewayne Hays**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Alycia Regan Benenati**
                                                  (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dorit Ungar**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Kathleen Zwiebel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**JULIA ALICE HERZOG**                    represented by   **Daniel Donohoe Prichard**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael Dewayne Hays**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alycia Regan Benenati**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Dorit Ungar**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Megan Kathleen Zwiebel**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael S. Shuster**
                                                           (See above for address)
                                                           *PRO HAC VICE*

3

*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**REPUBLIC OF HUNGARY**              represented by  **David D. West**
*a foreign state*                                    NIXON PEABODY LLP
                                                     401 Ninth Street, NW
                                                     Suite 900
                                                     Washington, DC 20004−2145
                                                     (202) 585−8000
                                                     Email: dwest@nixonpeabody.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Donald Grayson Yeargin**
                                                     NIXON PEABODY LLP
                                                     401 Ninth Street, NW
                                                     Suite 900
                                                     Washington, DC 20004−2145
                                                     (202) 585−8000
                                                     Fax: 202−585−8080
                                                     Email: gyeargin@nixonpeabody.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sarah Erickson Andre**
                                                     NIXON PEABODY LLP
                                                     Gas Company Tower
                                                     555 West Fifth Street
                                                     46th Floor
                                                     Los Angeles, CA 90013−1010
                                                     (213) 629−6076
                                                     Fax: (866) 231−3048
                                                     Email: sandre@nixonpeabody.com
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Thaddeus J. Stauber**
                                                     NIXON PEABODY LLP
                                                     Gas Company Tower
                                                     555 West Fifth Street
                                                     46th Floor
                                                     Los Angeles, CA 90013−1010
                                                     (213) 629−6053
                                                     Fax: (866) 877−2293
                                                     Email: tstauber@nixonpeabody.com
                                                     *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**HUNGARIAN NATIONAL GALLERY**    represented by    **David D. West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MUSEUM OF FINE ARTS**    represented by    **David D. West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MUSEUM OF APPLIED ARTS**    represented by    **David D. West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BUDAPEST UNIVERSITY OF**     represented by  **David D. West**
**TECHNOLOGY AND ECONOMICS**       (See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/27/2010 | 1 | | COMPLAINT against BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY ( Filing fee $ 350, receipt number 4616031485) filed by JULIA ALICE HERZOG, ANGELA MARIA HERZOG, DAVID L. DE CSEPEL. (Attachments: # 1 Civil Cover Sheet)(rdj) (Entered: 07/28/2010) |
| 07/27/2010 | | | Summons (5) Issued as to BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (rdj) (Entered: 07/28/2010) |
| 11/03/2010 | 2 | | ORDER directing plaintiffs to file proof of service or provide the Court with a written explanation for why service of process has not been completed by November 29, 2010. Signed by Judge Ellen S. Huvelle on November 3, 2010.(AG) (Entered: 11/03/2010) |
| 11/08/2010 | | | Set/Reset Deadlines: Proof of Service or written explanation why service of process has not been completed due by 11/29/2010. (gdf) (Entered: 11/08/2010) |
| 11/29/2010 | 3 | | NOTICE *of Efforts to Complete Service of Process* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit |

| | | |
|---|---|---|
| | | F, #_7_ Exhibit G, #_8_ Exhibit H)(Hays, Michael) (Entered: 11/29/2010) |
| 11/29/2010 | | MINUTE ORDER re _3_ Notice (Other), Notice (Other) filed by JULIA ALICE HERZOG, ANGELA MARIA HERZOG, DAVID L. DE CSEPEL: it is hereby ORDERED that plaintiff shall file a status report updating the Court as to whether service of process has been completed no later than January 31, 2011. Signed by Judge Ellen S. Huvelle on November 29, 2010. (AG) (Entered: 11/29/2010) |
| 11/30/2010 | | Set/Reset Deadlines: Status Report updating the Court as to whether service of process has been completed no than 1/31/2011. (gdf) (Entered: 11/30/2010) |
| 01/03/2011 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael Steven Shuster, Sheron Korpus, Alycia Regan Benenati, and Dorit Ungar, :Firm– Kasowitz, Benson, Torres &Friedman LLP, :Address– 1633 Broadway, New York, New York 10019. Phone No. – (212)506–1700. by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: #_1_ Text of Proposed Order, #_2_ Declaration of Michael Shuster, #_3_ Declaration of Sheron Korpus, #_4_ Declaration of Alycia Benenati, #_5_ Declaration of Dorit Ungar)(Hays, Michael) (Entered: 01/03/2011) |
| 01/04/2011 | | MINUTE ORDER granting _4_ Motion for Leave to Appear Pro Hac Vice: Upon consideration of Plaintiffs' Motion For Admission Pro Hac Vice Of Michael Steven Shuster, Sheron Korpus, Alycia Regan Benenati, and Dorit Ungar, it is hereby ORDERED that Plaintiffs' motion is GRANTED; it is further ORDERED that Michael Steven Shuster, Sheron Korpus, Alycia Regan Benenati, and Dorit Ungar are admitted pro hac vice for the purpose of appearing in the above–captioned matter. Signed by Judge Ellen S. Huvelle on January 4, 2011. (AG) (Entered: 01/04/2011) |
| 01/11/2011 | 5 | NOTICE of Appearance by Donald Grayson Yeargin on behalf of BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Yeargin, Donald) (Entered: 01/11/2011) |
| 01/11/2011 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sarah Erickson Andre, :Firm– Nixon Peabody LLP, :Address– 555 West Fifth Street, Los Angeles, CA 90013. Phone No. – 213–533–4175. Fax No. – 213–533–4179 by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: #_1_ Memorandum in Support, #_2_ Certificate of Service, #_3_ Declaration, #_4_ Text of Proposed Order)(Yeargin, Donald) (Entered: 01/11/2011) |
| 01/11/2011 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Thaddeus J. Stauber, :Firm– Nixon Peabody LLP, :Address– 555 West Fifth Street, Los Angeles, CA 90013. Phone No. – 213–533–4175. Fax No. – 213–533–4179 by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: #_1_ Memorandum in Support, #_2_ Certificate of Service, #_3_ Text of Proposed Order, #_4_ Declaration)(Yeargin, Donald) (Entered: 01/11/2011) |
| 01/11/2011 | 8 | Joint MOTION for Extension of Time to *File Response* by BUDAPEST |

| | | |
|---|---|---|
| | | UNIVERSITY OF TECHNOLOGY AND ECONOMICS, DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 01/11/2011) |
| 01/12/2011 | | MINUTE ORDER granting 6 Unopposed Motion for Leave to Appear Pro Hac Vice: it is hereby ORDERED that Sarah Erickson Andre is admitted pro hace vice for the purpose of appearing in the above–captioned matter. Signed by Judge Ellen S. Huvelle on January 12, 2011. (AG) (Entered: 01/12/2011) |
| 01/12/2011 | | MINUTE ORDER granting 7 Unopposed Motion for Leave to Appear Pro Hac Vice: it is hereby ORDERED that Thaddeus J. Stauber is admitted pro hace vice for the purpose of appearing in the above–captioned matter. Signed by Judge Ellen S. Huvelle on January 12, 2011. (AG) (Entered: 01/12/2011) |
| 01/12/2011 | 9 | ORDER granting 8 Motion for Extension of Time: defendants' Motion to Dismiss is due by 2/15/2011; plaintiffs' opposition is due by 4/1/2011; defendants' reply is due by 5/2/2011. Signed by Judge Ellen S. Huvelle on January 12, 2011. (AG) (Entered: 01/12/2011) |
| 01/12/2011 | 10 | ENTERED IN ERROR.....NOTICE of Appearance by Donald Grayson Yeargin on behalf of BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Yeargin, Donald) Modified on 1/13/2011 (dr). (Entered: 01/12/2011) |
| 01/13/2011 | | NOTICE OF CORRECTED DOCKET ENTRY: re 10 Notice of Appearance, was entered in error and counsel is instructed to refile said pleading using the correct ECF username and password. (dr) (Entered: 01/13/2011) |
| 01/13/2011 | 11 | NOTICE of Appearance by David D. West on behalf of BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (West, David) (Entered: 01/13/2011) |
| 02/07/2011 | 12 | Unopposed MOTION for Leave to File Excess Pages *Defendants' Unopposed Motion for Leave to Exceed Page Limit* by REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 02/07/2011) |
| 02/08/2011 | | MINUTE ORDER granting 12 Unopposed Motion for Leave to File Excess Pages. Defendants may file a motion of up to 60 pages; plaintiffs may file an opposition of up to 60 pages. Signed by Judge Ellen S. Huvelle on February 8, 2011. (AG) (Entered: 02/08/2011) |
| 02/15/2011 | 13 | ENTERED IN ERROR..... MOTION to Dismiss by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Declaration of Orsolya Banki (part 1 of 3), # 3 Declaration of Orsolya Banki (part 2 of 3), # 4 Declaration of Orsolya Banki (part 3 of 3), # 5 Declaration of Eric Ramirez (part 1 of 2), # 6 Declaration Eric Ramirez (part 2 of 2), # 7 Text of Proposed Order)(Yeargin, Donald) Modified on 2/16/2011 (dr). (Entered: 02/15/2011) |

| 02/15/2011 | 14 | | MOTION for Order *Granting Defendants' Motion for Judicial Notice* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Exhibit 1, # 3 Text of Proposed Order)(Yeargin, Donald) (Entered: 02/15/2011) |
|---|---|---|---|
| 02/15/2011 | 15 | | MOTION to Dismiss *(with corrected Table of Authorities)* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Declaration of Orsolya Banki (part 1 of 3), # 3 Declaration of Orsolya Banki (part 2 of 3), # 4 Declaration of Orsolya Banki (part 3 of 3), # 5 Declaration of Eric Ramirez, # 6 Text of Proposed Order)(Yeargin, Donald) (Entered: 02/15/2011) |
| 02/16/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: 13 MOTION to Dismiss was entered in error because it is an incorrect filing. The corrected Motion has been refiled as Docket Entry 15 . (dr) (Entered: 02/16/2011) |
| 02/28/2011 | 16 | | Joint MOTION for Extension of Time to File Response/Reply as to 14 MOTION for Order *Granting Defendants' Motion for Judicial Notice* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 02/28/2011) |
| 03/01/2011 | | | MINUTE ORDER granting 16 Joint Motion for Extension of Time to File Response/Reply re 14 MOTION for Order Granting Defendants' Motion for Judicial Notice: Upon consideration of the parties' Joint Motion to Conform Briefing Schedules, it is this hereby ORDERED that the parties' joint motion is GRANTED; it is further ORDERED that the Plaintiffs' Opposition to Defendants' Motion for Judicial Notice is due by April 1, 2011; and it is further ORDERED that Defendants' Reply in Support of Motion for Judicial Notice is due by May 2, 2011. Signed by Judge Ellen S. Huvelle on March 1, 2011. (AG) (Entered: 03/01/2011) |
| 03/24/2011 | 17 | | NOTICE of Appearance by Daniel Donohoe Prichard on behalf of DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Prichard, Daniel) (Entered: 03/24/2011) |
| 03/24/2011 | 18 | | Unopposed MOTION for Extension of Time to *Complete Briefing Schedule* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Prichard, Daniel) (Entered: 03/24/2011) |
| 03/25/2011 | | | MINUTE ORDER granting 18 Unopposed Motion for Extension of Briefing Schedule: upon consideration of Plaintiffs' Unopposed Motion to Extend Briefing Schedule, it is hereby ORDERED that the motion is GRANTED; that Plaintiffs' Oppositions to Defendants' Motion to Dismiss and Motion for Judicial Notice shall be filed by May 2, 2011; and that Defendants' Replies in Support of Motion to Dismiss and Motion for Judicial Notice shall be filed by June 1, 2011. Signed by Judge Ellen S. Huvelle on March 25, 2011. (AG) (Entered: 03/25/2011) |
| 04/25/2011 | 19 | | Unopposed MOTION for Leave to File Excess Pages by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 04/25/2011) |

| 04/26/2011 | | | MINUTE ORDER granting 19 Unopposed Motion for Leave to File Excess Pages. Signed by Judge Ellen S. Huvelle on April 26, 2011. (AG) (Entered: 04/26/2011) |
|---|---|---|---|
| 05/02/2011 | 20 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Megan Kathleen Zwiebel, :Firm– Kasowitz, Benson, Torres &Friedman LLP, :Address– 1633 Broadway, New York, New York 10019. Phone No. – 212–506–1700. by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Megan Kathleen Zwiebel)(Hays, Michael) (Entered: 05/02/2011) |
| 05/02/2011 | 21 | | Memorandum in opposition to re 14 MOTION for Order *Granting Defendants' Motion for Judicial Notice* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 05/02/2011) |
| 05/02/2011 | 22 | | Memorandum in opposition to re 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities)* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Alycia Benenati, # 3 Exhibit A to the Declaration of Alycia Benenati, # 4 Exhibit B to the Declaration of Alycia Benenati, # 5 Exhibit C to the Declaration of Alycia Benenati, # 6 Exhibit D to the Declaration of Alycia Benenati, # 7 Exhibit E to the Declaration of Alycia Benenati, # 8 Exhibit F to the Declaration of Alycia Benenati, # 9 Exhibit G to the Declaration of Alycia Benenati, # 10 Exhibit H to the Declaration of Alycia Benenati, # 11 Exhibit I to the Declaration of Alycia Benenati, # 12 Exhibit J to the Declaration of Alycia Benenati, # 13 Exhibit K to the Declaration of Alycia Benenati, # 14 Exhibit L to the Declaration of Alycia Benenati, # 15 Exhibit M to the Declaration of Alycia Benenati, # 16 Exhibit N to the Declaration of Alycia Benenati, # 17 Exhibit O to the Declaration of Alycia Benenati, # 18 Exhibit P to the Declaration of Alycia Benenati, # 19 Exhibit Q to the Declaration of Alycia Benenati, # 20 Exhibit R part 1 to the Declaration of Alycia Benenati, # 21 Exhibit R part 2 to the Declaration of Alycia Benenati, # 22 Declaration of Balazs Gabor Andras Pasztory, # 23 Declaration of Andrea Pizzi, # 24 Declaration of Dr. Tamas Lattmann, # 25 Exhibit A to the Declaration of Dr. Tamas Lattmann, # 26 Declaration of Tamas Varga, # 27 Exhibit A part 1 to the Declaration of Tamas Varga, # 28 Exhibit A part 2 to the Declaration of Tamas Varga, # 29 Exhibit B part 1 to the Declaration of Tamas Varga, # 30 Exhibit B part 2 to the Declaration of Tamas Varga, # 31 Exhibit C to the Declaration of Tamas Varga)(Hays, Michael) (Entered: 05/02/2011) |
| 05/03/2011 | | | MINUTE ORDER granting 20 Motion for Leave to Appear Pro Hac Vice: Upon consideration of Plaintiffs' Motion For Admission Pro Hac Vice Of Megan Kathleen Zwiebel, it is hereby ORDERED that Plaintiffs' motion is GRANTED. Signed by Judge Ellen S. Huvelle on May 3, 2011. (AG) (Entered: 05/03/2011) |
| 05/17/2011 | 23 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities) and Motion for Judicial Notice of Documents and Facts* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service, # 3 Text |

| | | |
|---|---|---|
| | | of Proposed Order)(Yeargin, Donald) (Entered: 05/17/2011) |
| 05/18/2011 | | MINUTE ORDER granting in part and denying in part 23 Consent Motion for Extension of Time to File Reply: Upon consideration of Defendants' Unopposed Motion for an Extension of Time (Motion), and the Memorandum of Points and Authorities in support thereof, and the entire record herein, it is hereby ORDERED that the Motion is granted in part and denied in part; and it is furtherORDERED that Hungary is granted leave to file its replies in support of its Motion to Dismiss and Motion for Judicial Notice of Documents and Facts on or before June 15, 2011. Signed by Judge Ellen S. Huvelle on May 18, 2011. (AG, ) (Entered: 05/18/2011) |
| 05/25/2011 | 24 | NOTICE OF SUPPLEMENTAL AUTHORITY by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Hays, Michael) (Entered: 05/25/2011) |
| 05/25/2011 | 25 | NOTICE *of Exhibit A to Notice of Supplemental Authority* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG re 24 NOTICE OF SUPPLEMENTAL AUTHORITY (Hays, Michael) (Entered: 05/25/2011) |
| 06/07/2011 | 26 | Unopposed MOTION for Leave to File *Defendants' Unopposed Motion for Leave to Exceed Page Limits for Reply in Support of Motion to Dismiss* by REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 06/07/2011) |
| 06/07/2011 | | MINUTE ORDER granting 26 defendants' Unopposed Motion for Leave to Exceed Page Limits for Reply in Support of Motion to Dismiss. Signed by Judge Ellen S. Huvelle on June 7, 2011. (AG) (Entered: 06/07/2011) |
| 06/15/2011 | 27 | REPLY to opposition to motion re 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities)* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Attachments: # 1 Declaration, # 2 Appendix)(Yeargin, Donald) (Entered: 06/15/2011) |
| 06/15/2011 | 28 | REPLY to opposition to motion re 14 MOTION for Order *Granting Defendants' Motion for Judicial Notice* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Yeargin, Donald) (Entered: 06/15/2011) |
| 06/27/2011 | 29 | MOTION for Leave to File *Sur−reply Memorandum* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Exhibit Exhibit 1 – Proposed Sur−reply Memorandum, # 2 Exhibit Exhibit A to Proposed Sur−reply Memorandum, # 3 Text of Proposed Order)(Hays, Michael) (Entered: 06/27/2011) |
| 07/13/2011 | 30 | NOTICE OF SUPPLEMENTAL AUTHORITY by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Exhibit A)(Hays, Michael) (Entered: 07/13/2011) |
| 07/14/2011 | 31 | Memorandum in opposition to re 29 MOTION for Leave to File *Sur−reply Memorandum* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND |

| | | | |
|---|---|---|---|
| | | | ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Yeargin, Donald) (Entered: 07/14/2011) |
| 07/21/2011 | 32 | | REPLY to opposition to motion re 29 MOTION for Leave to File *Sur−reply Memorandum* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Hays, Michael) (Entered: 07/21/2011) |
| 09/01/2011 | 33 | | MEMORANDUM OPINION. Signed by Judge Ellen S. Huvelle on September 1, 2011. (lcesh2) (Entered: 09/01/2011) |
| 09/01/2011 | 34 | | ORDER granting in part and denying in part 14 defendants' Motion for Judicial Notice of Documents and Facts; granting 29 plaintiffs' Motion for Leave to File; and granting in part and denying in part 15 defendants' Motion to Dismiss for the reasons set forth in the accompanying 33 Memorandum Opinion. Signed by Judge Ellen S. Huvelle on September 1, 2011. (lcesh2) (Entered: 09/01/2011) |
| 09/01/2011 | 35 | | VACATED PURSUANT TO MINUTE ORDER FILED ON 09/15/2011 ORDER setting Initial Scheduling Conference for September 20, 2011, at 10:00 a.m. in Courtroom 23A. Signed by Judge Ellen S. Huvelle on September 1, 2011. (lcesh2) Modified on 9/15/2011 (jf, ). (Entered: 09/01/2011) |
| 09/01/2011 | 36 | | SURREPLY to re 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities)* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Exhibit A)(jf, ) (Entered: 09/02/2011) |
| 09/12/2011 | 37 | | NOTICE OF APPEAL as to 34 Order on Motion for Order, Order on Motion to Dismiss, Order on Motion for Leave to File,,, 33 Memorandum &Opinion by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY. Filing fee $ 455, receipt number 0090−2661046. Fee Status: Fee Paid. Parties have been notified. (Yeargin, Donald) (Entered: 09/12/2011) |
| 09/12/2011 | 38 | | MOTION to Continue the Initial Scheduling Conference and Stay all Proceedings and Discovery in This Matter by REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Appendix, # 3 Text of Proposed Order)(Yeargin, Donald). Added MOTION to Stay on 9/13/2011 (jf, ). (Entered: 09/12/2011) |
| 09/13/2011 | 39 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 37 Notice of Appeal,. (jf, ) (Entered: 09/13/2011) |
| 09/13/2011 | | | USCA Case Number 11−7096 for 37 Notice of Appeal, filed by BUDAPEST UNIVERSITY OF TECHNOLOGY, REPUBLIC OF HUNGARY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY. (kb, ) (Entered: 09/13/2011) |
| 09/13/2011 | 40 | | MEET AND CONFER STATEMENT. (Hays, Michael) (Entered: 09/13/2011) |
| 09/15/2011 | | | MINUTE ORDER granting 38 defendants' Motion to Continue and to Stay: Based on a conference held this date, the Court grants 38 defendants' unopposed Motion to Continue the Initial Scheduling Conference and Stay all Proceedings and Discovery in This Matter, it is hereby ORDERED that the Initial Scheduling |

| | | | |
|---|---|---|---|
| | | | Conference set for September 20, 2011 is VACATED; and it is further ORDERED that the Clerk of Court shall administratively close this case pending further order from the Court. Signed by Judge Ellen S. Huvelle on September 15, 2011. (AG) (Entered: 09/15/2011) |
| 09/21/2011 | 41 | | Joint MOTION for Briefing Schedule by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Yeargin, Donald) (Entered: 09/21/2011) |
| 09/21/2011 | 42 | | ORDER granting 41 Joint MOTION for Briefing Schedule filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, JULIA ALICE HERZOG, REPUBLIC OF HUNGARY, ANGELA MARIA HERZOG, DAVID L. DE CSEPEL, HUNGARIAN NATIONAL GALLERY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS. Signed by Judge Ellen S. Huvelle on September 21, 2011. (AG) (Entered: 09/21/2011) |
| 09/26/2011 | | | Set/Reset Deadlines: Motions due by 9/26/2011. Responses due by 10/17/2011 Replies due by 10/28/2011. (gdf) (Entered: 09/26/2011) |
| 09/26/2011 | 43 | | MOTION for Certification for interlocutory appeal by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 09/26/2011) |
| 10/17/2011 | 44 | | Memorandum in opposition to re 43 MOTION for Certification for interlocutory appeal filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Hays, Michael) (Entered: 10/17/2011) |
| 10/17/2011 | 45 | | Cross MOTION for Certification for interlocutory appeal *(in the alternative)* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 10/17/2011) |
| 10/28/2011 | 46 | | REPLY to opposition to motion re 43 Motion *for Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal Issues Arising from this Courts September 1, 2011, Decision and Order* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Attachments: # 1 Appendix)(Yeargin, Donald) Modified to add link on 10/31/2011 (znmw, ). (Entered: 10/28/2011) |
| 10/28/2011 | 47 | | Memorandum in opposition to re 45 Cross MOTION for Certification for interlocutory appeal *(in the alternative)* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Attachments: # 1 Exhibit A)(Yeargin, Donald) (Entered: 10/28/2011) |
| 11/07/2011 | 48 | | REPLY to opposition to motion re 45 Cross MOTION for Certification for interlocutory appeal *(in the alternative)* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Exhibit Exhibit A)(Hays, Michael) (Entered: 11/07/2011) |

| 11/15/2011 | 49 | | ORDER of USCA as to 37 Notice of Appeal, filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, REPUBLIC OF HUNGARY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY ; USCA Case Number 11−7096. ORDERED, on the court's own motion, that this case be held in abeyance pending the district courts resolution of the pending motions for certification for interlocutory appeal. The parties are directed to file motions to govern further proceedings within 14 days of the district courts resolution of the pending motions. The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motions.(kb) Modified on 11/15/2011 (kb). (Entered: 11/15/2011) |
|---|---|---|---|
| 11/15/2011 | 50 | | ORDER of USCA as to 37 Notice of Appeal, filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, REPUBLIC OF HUNGARY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY ; ORDERED, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the pending motions for certification for interloctory appeal. USCA Case Number 11−7096. (mmh) (Entered: 11/22/2011) |
| 11/30/2011 | 51 | 15 | MEMORANDUM OPINION AND ORDER granting 43 Motion for Certificate of Appealability; granting 45 Motion for Certificate of Appealability. Signed by Judge Ellen S. Huvelle on November 30, 2011. (AG) (Entered: 11/30/2011) |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**DAVID L. DE CSEPEL,** *et al.***,**        )
                                       )
      **Plaintiffs,**               )
                                       )
      **v.**                        )     **Civil Action No. 10-1261 (ESH)**
                                       )
**REPUBLIC OF HUNGARY,** *et al.***,**      )
                                       )
      **Defendants.**               )
_____)

## MEMORANDUM OPINION AND ORDER

On September 1, 2011, the Court granted in part and denied in part defendants' motion to dismiss.  (Order, Sept. 1, 2011 [Dkt. No. 34].)  Before the Court is defendants' motion, pursuant to 28 U.S.C. § 1292(b), and plaintiffs' cross-motion to certify the Order for immediate appellate review.   (Defs.' Mot. for Certification, Sept. 26, 2011 [Dkt. No. 43] ("Defs.' Mot."); Pls.' Alternative Cross-Mot. for Certification, Oct. 17, 2011 [Dkt. No. 45] ("Pls.' Cross-Mot.").)  For the reasons stated herein, both motions will be granted.

## BACKGROUND

In this action, plaintiffs seek the return of numerous works of art taken from their family during the Holocaust.  Defendants filed a motion to dismiss on multiple grounds, including lack of jurisdiction under the Foreign Sovereign  Immunities Act ("FSIA"), 28 U.S.C. §§ 1602 *et seq*.[1]  (Defs.' Motion to Dismiss, Feb. 15, 2011 [Dkt. No. 15].)  The Court denied the motion,

---

[1]FSIA provides the exclusive basis for asserting jurisdiction over a foreign state in a United States court.  *See Argentine Republic v. Amerada Hess Shipping Corp*., 488 U.S. 428, 434–35 (1989).  In enacting FSIA, Congress codified the "restrictive principle" of sovereign immunity.  *Republic of Austria v. Altmann*, 541 U.S. 677, 691 (2004).

except as to plaintiffs' claims related to eleven works of art which were the subject of a

judgment by the Hungarian courts.  (Order at 1; *see also* Memorandum Opinion, *De Csepel v.

Republic of Hungary*, 2011 WL 3855862 (D.D.C. Sept. 1, 2011) [Dkt. No. 33] ("Mem. Op.").)

Defendants filed an immediate interlocutory appeal of the Court's ruling on sovereign immunity

(Notice of Appeal, Sept. 12, 2011 [Dkt. No. 37]),[2] and all proceedings in this Court have been

stayed pending resolution of that appeal.  (Minute Order, Sept. 15, 2011.)

Defendants now move the Court to certify that the Order "involves a controlling question

of law as to which there is a substantial ground for difference of opinion and that an immediate

appeal from the order may materially advance the ultimate termination of the litigation."  28

U.S.C. § 1292(b).[3]  According to defendants, each of the alternative grounds for dismissal put

forth by defendants and rejected by this Court meets the § 1292(b) criteria for immediate

appellate review.  (Defs.' Mot. at 1-2.)  Specifically, defendants seek certification based on the

following issues: (1) whether the doctrine of forum non conveniens warrants dismissal; (2)

---

[2]"The denial of a motion to dismiss on the ground of sovereign immunity . . . is subject to
interlocutory review" pursuant to 28 U.S.C. § 1291 under the "collateral order doctrine."
*Kilburn v. Socialist People's Libyan Arab Jamahiriya*, 376 F.3d 1123 (D.C. Cir. 2004) ("Under
the collateral order doctrine, an order qualifies as 'final' under 28 U.S.C. § 1291 if it: '(1)
conclusively determine[s] the disputed question, (2) resolve [s] an important issue completely
separate from the merits of the action, and (3) is effectively unreviewable on appeal from a final
judgment.'" (quoting *Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S.
139, 144 (1993))).

[3]Once a district judge makes this certification as to an order that is "not otherwise
appealable," a party may seek leave to appeal from the Court of Appeals.  28 U.S.C. § 1292(b)
("The Court of Appeals which would have jurisdiction of an appeal of such action may
thereupon, in its discretion, permit an appeal to be taken from such order, if application is made
to it within ten days after the entry of the order."); *see Walsh v. Ford Motor Co.*, 807 F.2d 1000,
1002 n.2 (D.C. Cir. 1986) ("The decision whether to grant an interlocutory appeal from an *order*
of a district court under § 1292(b) is within the discretion of the court of appeals.")

2

whether the District of Columbia's statute of limitations bars claims relating to the remaining artworks; (3) whether this case presents non-justiciable political questions; (4) whether plaintiffs' bailment claim states a viable cause of action; and (5) whether the act of state doctrine bars plaintiffs' claims.  (Defs.' Mot. at 2; *see also* Mem. Op. at \*14-24.)  Plaintiffs oppose certification, but, if defendants' motion is granted, they cross-move for certification based on the following issue: "[w]hether the Court correctly applied the doctrine of international comity to decline jurisdiction over plaintiffs' claims as to the eleven artworks that were previously the subject of the Nierenberg litigation in Hungary."  (Pls.' Cross-Mot. at 1; *see also* Mem. Op. at \*24-25.)

## ANALYSIS

Pursuant to 28 U.S.C. § 1292(b), there are three criteria that must be satisfied before a district court may certify an order for interlocutory appeal: "(1) the order involves a controlling question of law; (2) a substantial ground for difference of opinion concerning the ruling exists; and (3) an immediate appeal would materially advance the litigation." *APCC Servs., Inc. v. Sprint Communication Co.*, 297 F. Supp. 2d 90, 95 (D.D.C. 2003); *see also Walsh v. Ford Motor Co.*, 807 F.2d 1000, 1002 n.2 (D.C. Cir. 1986)); *Vila v. Inter-American Investment, Corp.*, 596 F. Supp. 2d 28, 30 (D.D.C. 2009).  As explained below, the Court concludes that the all of the issues identified by the parties meet the § 1292(b) criteria.[4]

---

[4]Although both parties talk about certification of "issues" for appeal (Defs.' Mot. at 1; Pls.' Cross-Mot. at 1), the Court of Appeals' review is not limited to the issues this Court identifies as satisfying the § 1292(b) criteria.  *See Walsh v. Ford Motor Co.*, 807 F.2d 1000, 1002 n.2 (D.C. Cir. 1986) ("Section 1292(b) explicitly provides, however, that the appeal is from an *order* of the district court, not from the particular question that the district court found controlling. We are therefore called upon to decide an appeal, not a single question of law. Accordingly, we must decide all questions of law necessary to the proper disposition of [an]

3

## I.      CONTROLLING QUESTION OF LAW

A "controlling question of law" is "one that would require reversal if decided incorrectly or that could materially affect the course of litigation with resulting savings of the court's or the parties' resources." *APCC Services, Inc.*, 297 F. Supp. 2d at 95-96. Controlling questions of law include those that would "terminate an action if the district court's order were reversed," as well as those that otherwise "may involve a procedural determination that may significantly impact the action." *Id.* at 96.

Each of these issues identified by the parties clearly involves a "controlling question of law" because if the Court decided any of them incorrectly, reversal would be required and, with the exception of the international comity question, the result would be that the complaint would be dismissed and the litigation terminated. *See, e.g.*, *Van Cauwenberghe v. Biard*, 486 U.S. 517, 530 (1988) ("Section 1292(b) . . . provides an avenue for review of forum non conveniens determinations in appropriate cases."); *Vila*, 596 F. Supp. 2d at 30 ("there is no dispute that a statute of limitations challenge raises a controlling question of law");[5] *see also Judicial Watch*, 233 F. Supp. 2d at 19 (citing *Johnson v. Burken*, 930 F.2d 1202, 1206 (7th Cir. 1991) (a question of law can be controlling if it determines the outcome "or even the future course of the litigation")); *see also 16 Charles A. Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice & Procedure* § 3930 at 426 (1996) ("A steadily growing number of decisions . . . have

---

appeal.")

[5]A "controlling question of law" may require application of law to facts as long as there are no factual disputes that convert the legal questions into mixed question of law and fact. *See, e.g.*, *APCC Servs.*, 297 F. Supp. 2d at 96 n.8.

4

accepted the better view that a question is controlling . . . if interlocutory reversal might save time for the district court, and time and expense for the litigants."). Accordingly, the first criterium for § 1292(b) certification is satisfied.

## II.   SUBSTANTIAL GROUND FOR DIFFERENCE OF OPINION

"A substantial ground for difference of opinion is often established by a dearth of precedent within the controlling jurisdiction and conflicting decisions in other circuits." *APCC Services, Inc.*, 297 F. Supp. 2d at 97 (citing *City Stores Co. v. Lerner Shops*, 410 F.2d 1010, 1011 (D.C. Cir. 1969)).   A substantial ground for dispute also exists where a court's challenged decision conflicts with decisions of several other courts. *Id.* at 97-98; *see Pub. Interest Research Group v. Hercules, Inc.*, 830 F. Supp. 1549, 1556 (D.N.J. 1993). As is apparent from this Court's Memorandum Opinion, the Court's rulings on the controlling questions of law are not dictated by precedent. *(See* Mem. Op. at *14-25.) Indeed, the unique facts of the case make the absence of clear precedent unsurprising. Thus, although the Court believes it reached the correct decision, it recognizes that there is a substantial ground for differences of opinion on each of the six controlling questions of law that are presented by the parties in their cross-motions.

## III.   MATERIALLY ADVANCE LITIGATION

The last issue is whether immediate appellate review would "materially advance the termination of the litigation." 28 U.S.C. § 1292(b). There is no doubt that the "salutary objective of 'avoid[ing] piecemeal review' would be aided by allowing an immediate appeal of [the other issues decided in the Order], as the Court's ruling[] on the defendant[s]' [sovereign] immunity defense is currently before the [Court of Appeals]." *Vila*, 596 F. Supp. 2d at 30. In addition, there is "no danger of obstructing or impeding this judicial proceeding . . . by granting

5

certification as [defendants'] appeal on immunity grounds divest[ed] this Court of jurisdiction over [] plaintiff[s'] [remaining] claims," *Vila*, 596 F. Supp. 2d at 31 (internal quotations omitted)), and, accordingly, proceedings in this Court have been stayed pending resolution of the appeal.  Moreover, "allowing an . . . immediate appeal could assist in the resolution of this case" because if any of defendants' other defenses have merit, the Court of Appeals might be able to "economize on judicial resources and avoid resolving [defendants'] claims of immunity."  *Id.* at 31.  Finally, if the complaint is not dismissed by the Court of Appeals (on the ground of sovereign immunity or any of the alternative grounds for dismissal rejected by this Court), an immediate review of the Court's ruling dismissing certain claims on the ground of international comity would ensure that the litigation proceeds as one action.  Accordingly, certification of the Order would materially advance this litigation.

## CONCLUSION

Accordingly, and for the reasons stated above, it is hereby

**ORDERED** that defendants' motion for certification of the September 1, 2011 Order [Dkt. No. for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) [Dkt. No. 43] is **GRANTED**; it is further

**ORDERED** that plaintiffs' cross-motion for certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) [Dkt. No. 45] is **GRANTED**; and it is further

**ORDERED** that the September 1, 2011 Order [Dkt. No. 34] is **AMENDED** to add the following statement:

And it is further

**ORDERED** that this Order [Dkt. No. 34] is certified for immediate appellate review because it involves "a controlling question of law as to which there is

6

substantial ground for difference of opinion" and because "an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: November 30, 2011

7