# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 11-8031**     **September Term 2011**

**1:10-cv-01261-ESH**

**Filed On:** March 2, 2012

In re: Republic of Hungary, a foreign state, et al.,

       Petitioners

   **BEFORE:**   Henderson, Tatel, and Griffith, Circuit Judges

### O R D E R

   Upon consideration of the defendants' petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), the plaintiffs' response thereto and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), and the defendants' reply in support of their petition and opposition to the plaintiffs' petition, it is

   **ORDERED** that the petitions for permission to appeal be granted.  See 28 U.S.C. § 1292(b).  Approval of the petitions is without prejudice to reconsideration by the merits panel.

   The Clerk is directed to transmit a certified copy of this order to the district court.  The district court will file the order as a notice of appeal for the plaintiffs and as a notice of appeal for the defendants pursuant to Fed. R. App. P. 5 and collect the mandatory fees from the parties.  Upon payment of the fees, the district court is to certify and transmit the preliminary records to this court, after which the cases will proceed in the normal course.

**Per Curiam**