# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:10–cv–01261–ESH

| | |
|---|---|
| DE CSEPEL et al v. REPUBLIC OF HUNGARY et al | Date Filed: 07/27/2010 |
| Assigned to: Judge Ellen S. Huvelle | Date Terminated: 09/15/2011 |
| Case in other court:  USCA, 11–07096 | Jury Demand: None |
| Cause: 28:1602 Foreign Sovereign Immunities Act | Nature of Suit: 380 Personal Property: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**DAVID L. DE CSEPEL**      represented by      **Daniel Donohoe Prichard**
DOW LOHNES PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
(202) 776–2374
Fax: (202) 776–4374
Email: dprichard@dowlohnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Dewayne Hays**
DOW LOHNES PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
(202) 776–2711
Fax: (202) 776–4711
Email: mhays@dowlohnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Regan Benenati**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: abenenati@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dorit Ungar**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799

(212) 506–1700
Fax: (212) 506–1800
Email: dungar@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Kathleen Zwiebel**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212)–506–1700
Email: mzwiebel@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: mshuster@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
KASOWITZ, BENSON, TORRES
&FRIEDMAN LLP
1633 Broadway
New York, NY 10019–6799
(212) 506–1700
Fax: (212) 506–1800
Email: skorpus@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANGELA MARIA HERZOG**          represented by **Daniel Donohoe Prichard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Dewayne Hays**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Regan Benenati**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Dorit Ungar**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Kathleen Zwiebel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sheron Korpus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JULIA ALICE HERZOG**                 represented by **Daniel Donohoe Prichard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Dewayne Hays**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alycia Regan Benenati**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dorit Ungar**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Kathleen Zwiebel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. Shuster**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Sheron Korpus
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**REPUBLIC OF HUNGARY**                    represented by    **David D. West**
*a foreign state*

NIXON PEABODY LLP
401 Ninth Street, NW
Suite 900
Washington, DC 20004–2145
(202) 585–8000
Email: dwest@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
NIXON PEABODY LLP
401 Ninth Street, NW
Suite 900
Washington, DC 20004–2145
(202) 585–8000
Fax: 202–585–8080
Email: gyeargin@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street
46th Floor
Los Angeles, CA 90013–1010
(213) 629–6076
Fax: (866) 231–3048
Email: sandre@nixonpeabody.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street
46th Floor
Los Angeles, CA 90013–1010
(213) 629–6053
Fax: (866) 877–2293
Email: tstauber@nixonpeabody.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HUNGARIAN NATIONAL GALLERY**     represented by     **David D. West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MUSEUM OF FINE ARTS**     represented by     **David D. West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MUSEUM OF APPLIED ARTS**     represented by     **David D. West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald Grayson Yeargin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Erickson Andre**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thaddeus J. Stauber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS** | represented by | **David D. West**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Donald Grayson Yeargin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Erickson Andre**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Thaddeus J. Stauber**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/27/2010 | 1 | | COMPLAINT against BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY ( Filing fee $ 350, receipt number 4616031485) filed by JULIA ALICE HERZOG, ANGELA MARIA HERZOG, DAVID L. DE CSEPEL. (Attachments: # 1 Civil Cover Sheet)(rdj) (Entered: 07/28/2010) |
| 07/27/2010 | | | Summons (5) Issued as to BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (rdj) (Entered: 07/28/2010) |
| 11/03/2010 | 2 | | ORDER directing plaintiffs to file proof of service or provide the Court with a written explanation for why service of process has not been completed by November 29, 2010. Signed by Judge Ellen S. Huvelle on November 3, 2010.(AG) (Entered: 11/03/2010) |
| 11/08/2010 | | | Set/Reset Deadlines: Proof of Service or written explanation why service of process has not been completed due by 11/29/2010. (gdf) (Entered: 11/08/2010) |
| 11/29/2010 | 3 | | NOTICE *of Efforts to Complete Service of Process* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hays, Michael) (Entered: 11/29/2010) |

| | | |
|---|---|---|
| 11/29/2010 | | MINUTE ORDER re 3 Notice (Other), Notice (Other) filed by JULIA ALICE HERZOG, ANGELA MARIA HERZOG, DAVID L. DE CSEPEL: it is hereby ORDERED that plaintiff shall file a status report updating the Court as to whether service of process has been completed no later than January 31, 2011. Signed by Judge Ellen S. Huvelle on November 29, 2010. (AG) (Entered: 11/29/2010) |
| 11/30/2010 | | Set/Reset Deadlines: Status Report updating the Court as to whether service of process has been completed no than 1/31/2011. (gdf) (Entered: 11/30/2010) |
| 01/03/2011 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael Steven Shuster, Sheron Korpus, Alycia Regan Benenati, and Dorit Ungar, :Firm– Kasowitz, Benson, Torres &Friedman LLP, :Address– 1633 Broadway, New York, New York 10019. Phone No.– (212)506–1700. by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Michael Shuster, # 3 Declaration of Sheron Korpus, # 4 Declaration of Alycia Benenati, # 5 Declaration of Dorit Ungar)(Hays, Michael) (Entered: 01/03/2011) |
| 01/04/2011 | | MINUTE ORDER granting 4 Motion for Leave to Appear Pro Hac Vice: Upon consideration of Plaintiffs' Motion For Admission Pro Hac Vice Of Michael Steven Shuster, Sheron Korpus, Alycia Regan Benenati, and Dorit Ungar, it is hereby ORDERED that Plaintiffs' motion is GRANTED; it is further ORDERED that Michael Steven Shuster, Sheron Korpus, Alycia Regan Benenati, and Dorit Ungar are admitted pro hac vice for the purpose of appearing in the above–captioned matter. Signed by Judge Ellen S. Huvelle on January 4, 2011. (AG) (Entered: 01/04/2011) |
| 01/11/2011 | 5 | NOTICE of Appearance by Donald Grayson Yeargin on behalf of BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Yeargin, Donald) (Entered: 01/11/2011) |
| 01/11/2011 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sarah Erickson Andre, :Firm– Nixon Peabody LLP, :Address– 555 West Fifth Street, Los Angeles, CA 90013. Phone No. – 213–533–4175. Fax No. – 213–533–4179 by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service, # 3 Declaration, # 4 Text of Proposed Order)(Yeargin, Donald) (Entered: 01/11/2011) |
| 01/11/2011 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Thaddeus J. Stauber, :Firm– Nixon Peabody LLP, :Address– 555 West Fifth Street, Los Angeles, CA 90013. Phone No. – 213–533–4175. Fax No. – 213–533–4179 by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service, # 3 Text of Proposed Order, # 4 Declaration)(Yeargin, Donald) (Entered: 01/11/2011) |
| 01/11/2011 | 8 | Joint MOTION for Extension of Time to *File Response* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG, |

| | | | |
|---|---|---|---|
| | | | HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 01/11/2011) |
| 01/12/2011 | | | MINUTE ORDER granting 6 Unopposed Motion for Leave to Appear Pro Hac Vice: it is hereby ORDERED that Sarah Erickson Andre is admitted pro hace vice for the purpose of appearing in the above–captioned matter. Signed by Judge Ellen S. Huvelle on January 12, 2011. (AG) (Entered: 01/12/2011) |
| 01/12/2011 | | | MINUTE ORDER granting 7 Unopposed Motion for Leave to Appear Pro Hac Vice: it is hereby ORDERED that Thaddeus J. Stauber is admitted pro hace vice for the purpose of appearing in the above–captioned matter. Signed by Judge Ellen S. Huvelle on January 12, 2011. (AG) (Entered: 01/12/2011) |
| 01/12/2011 | 9 | | ORDER granting 8 Motion for Extension of Time: defendants' Motion to Dismiss is due by 2/15/2011; plaintiffs' opposition is due by 4/1/2011; defendants' reply is due by 5/2/2011. Signed by Judge Ellen S. Huvelle on January 12, 2011. (AG) (Entered: 01/12/2011) |
| 01/12/2011 | 10 | | ENTERED IN ERROR.....NOTICE of Appearance by Donald Grayson Yeargin on behalf of BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Yeargin, Donald) Modified on 1/13/2011 (dr). (Entered: 01/12/2011) |
| 01/13/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 10 Notice of Appearance, was entered in error and counsel is instructed to refile said pleading using the correct ECF username and password. (dr) (Entered: 01/13/2011) |
| 01/13/2011 | 11 | | NOTICE of Appearance by David D. West on behalf of BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (West, David) (Entered: 01/13/2011) |
| 02/07/2011 | 12 | | Unopposed MOTION for Leave to File Excess Pages *Defendants' Unopposed Motion for Leave to Exceed Page Limit* by REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 02/07/2011) |
| 02/08/2011 | | | MINUTE ORDER granting 12 Unopposed Motion for Leave to File Excess Pages. Defendants may file a motion of up to 60 pages; plaintiffs may file an opposition of up to 60 pages. Signed by Judge Ellen S. Huvelle on February 8, 2011. (AG) (Entered: 02/08/2011) |
| 02/15/2011 | 13 | | ENTERED IN ERROR..... MOTION to Dismiss by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Declaration of Orsolya Banki (part 1 of 3), # 3 Declaration of Orsolya Banki (part 2 of 3), # 4 Declaration of Orsolya Banki (part 3 of 3), # 5 Declaration of Eric Ramirez (part 1 of 2), # 6 Declaration Eric Ramirez (part 2 of 2), # 7 Text of Proposed Order)(Yeargin, Donald) Modified on 2/16/2011 (dr). (Entered: 02/15/2011) |
| 02/15/2011 | 14 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Order *Granting Defendants' Motion for Judicial Notice* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Exhibit 1, # 3 Text of Proposed Order)(Yeargin, Donald) (Entered: 02/15/2011) |
| 02/15/2011 | 15 | | MOTION to Dismiss *(with corrected Table of Authorities)* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Declaration of Orsolya Banki (part 1 of 3), # 3 Declaration of Orsolya Banki (part 2 of 3), # 4 Declaration of Orsolya Banki (part 3 of 3), # 5 Declaration of Eric Ramirez, # 6 Text of Proposed Order)(Yeargin, Donald) (Entered: 02/15/2011) |
| 02/16/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: 13 MOTION to Dismiss was entered in error because it is an incorrect filing. The corrected Motion has been refiled as Docket Entry 15 . (dr) (Entered: 02/16/2011) |
| 02/28/2011 | 16 | | Joint MOTION for Extension of Time to File Response/Reply as to 14 MOTION for Order *Granting Defendants' Motion for Judicial Notice* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 02/28/2011) |
| 03/01/2011 | | | MINUTE ORDER granting 16 Joint Motion for Extension of Time to File Response/Reply re 14 MOTION for Order Granting Defendants' Motion for Judicial Notice: Upon consideration of the parties' Joint Motion to Conform Briefing Schedules, it is this hereby ORDERED that the parties' joint motion is GRANTED; it is further ORDERED that the Plaintiffs' Opposition to Defendants' Motion for Judicial Notice is due by April 1, 2011; and it is further ORDERED that Defendants' Reply in Support of Motion for Judicial Notice is due by May 2, 2011. Signed by Judge Ellen S. Huvelle on March 1, 2011. (AG) (Entered: 03/01/2011) |
| 03/24/2011 | 17 | | NOTICE of Appearance by Daniel Donohoe Prichard on behalf of DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Prichard, Daniel) (Entered: 03/24/2011) |
| 03/24/2011 | 18 | | Unopposed MOTION for Extension of Time to *Complete Briefing Schedule* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Prichard, Daniel) (Entered: 03/24/2011) |
| 03/25/2011 | | | MINUTE ORDER granting 18 Unopposed Motion for Extension of Briefing Schedule: upon consideration of Plaintiffs' Unopposed Motion to Extend Briefing Schedule, it is hereby ORDERED that the motion is GRANTED; that Plaintiffs' Oppositions to Defendants' Motion to Dismiss and Motion for Judicial Notice shall be filed by May 2, 2011; and that Defendants' Replies in Support of Motion to Dismiss and Motion for Judicial Notice shall be filed by June 1, 2011. Signed by Judge Ellen S. Huvelle on March 25, 2011. (AG) (Entered: 03/25/2011) |
| 04/25/2011 | 19 | | Unopposed MOTION for Leave to File Excess Pages by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 04/25/2011) |

| 04/26/2011 | | | MINUTE ORDER granting 19 Unopposed Motion for Leave to File Excess Pages. Signed by Judge Ellen S. Huvelle on April 26, 2011. (AG) (Entered: 04/26/2011) |
|---|---|---|---|
| 05/02/2011 | 20 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Megan Kathleen Zwiebel, :Firm– Kasowitz, Benson, Torres &Friedman LLP, :Address– 1633 Broadway, New York, New York 10019. Phone No. – 212–506–1700. by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Megan Kathleen Zwiebel)(Hays, Michael) (Entered: 05/02/2011) |
| 05/02/2011 | 21 | | Memorandum in opposition to re 14 MOTION for Order *Granting Defendants' Motion for Judicial Notice* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 05/02/2011) |
| 05/02/2011 | 22 | | Memorandum in opposition to re 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities)* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Alycia Benenati, # 3 Exhibit A to the Declaration of Alycia Benenati, # 4 Exhibit B to the Declaration of Alycia Benenati, # 5 Exhibit C to the Declaration of Alycia Benenati, # 6 Exhibit D to the Declaration of Alycia Benenati, # 7 Exhibit E to the Declaration of Alycia Benenati, # 8 Exhibit F to the Declaration of Alycia Benenati, # 9 Exhibit G to the Declaration of Alycia Benenati, # 10 Exhibit H to the Declaration of Alycia Benenati, # 11 Exhibit I to the Declaration of Alycia Benenati, # 12 Exhibit J to the Declaration of Alycia Benenati, # 13 Exhibit K to the Declaration of Alycia Benenati, # 14 Exhibit L to the Declaration of Alycia Benenati, # 15 Exhibit M to the Declaration of Alycia Benenati, # 16 Exhibit N to the Declaration of Alycia Benenati, # 17 Exhibit O to the Declaration of Alycia Benenati, # 18 Exhibit P to the Declaration of Alycia Benenati, # 19 Exhibit Q to the Declaration of Alycia Benenati, # 20 Exhibit R part 1 to the Declaration of Alycia Benenati, # 21 Exhibit R part 2 to the Declaration of Alycia Benenati, # 22 Declaration of Balazs Gabor Andras Pasztory, # 23 Declaration of Andrea Pizzi, # 24 Declaration of Dr. Tamas Lattmann, # 25 Exhibit A to the Declaration of Dr. Tamas Lattmann, # 26 Declaration of Tamas Varga, # 27 Exhibit A part 1 to the Declaration of Tamas Varga, # 28 Exhibit A part 2 to the Declaration of Tamas Varga, # 29 Exhibit B part 1 to the Declaration of Tamas Varga, # 30 Exhibit B part 2 to the Declaration of Tamas Varga, # 31 Exhibit C to the Declaration of Tamas Varga)(Hays, Michael) (Entered: 05/02/2011) |
| 05/03/2011 | | | MINUTE ORDER granting 20 Motion for Leave to Appear Pro Hac Vice: Upon consideration of Plaintiffs' Motion For Admission Pro Hac Vice Of Megan Kathleen Zwiebel, it is hereby ORDERED that Plaintiffs' motion is GRANTED. Signed by Judge Ellen S. Huvelle on May 3, 2011. (AG) (Entered: 05/03/2011) |
| 05/17/2011 | 23 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities) and Motion for Judicial Notice of Documents and Facts* by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service, # 3 Text |

| | | | |
|---|---|---|---|
| | | | of Proposed Order)(Yeargin, Donald) (Entered: 05/17/2011) |
| 05/18/2011 | | | MINUTE ORDER granting in part and denying in part 23 Consent Motion for Extension of Time to File Reply: Upon consideration of Defendants' Unopposed Motion for an Extension of Time (Motion), and the Memorandum of Points and Authorities in support thereof, and the entire record herein, it is hereby ORDERED that the Motion is granted in part and denied in part; and it is furtherORDERED that Hungary is granted leave to file its replies in support of its Motion to Dismiss and Motion for Judicial Notice of Documents and Facts on or before June 15, 2011. Signed by Judge Ellen S. Huvelle on May 18, 2011. (AG, ) (Entered: 05/18/2011) |
| 05/25/2011 | 24 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Hays, Michael) (Entered: 05/25/2011) |
| 05/25/2011 | 25 | | NOTICE *of Exhibit A to Notice of Supplemental Authority* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG re 24 NOTICE OF SUPPLEMENTAL AUTHORITY (Hays, Michael) (Entered: 05/25/2011) |
| 06/07/2011 | 26 | | Unopposed MOTION for Leave to File *Defendants' Unopposed Motion for Leave to Exceed Page Limits for Reply in Support of Motion to Dismiss* by REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 06/07/2011) |
| 06/07/2011 | | | MINUTE ORDER granting 26 defendants' Unopposed Motion for Leave to Exceed Page Limits for Reply in Support of Motion to Dismiss. Signed by Judge Ellen S. Huvelle on June 7, 2011. (AG) (Entered: 06/07/2011) |
| 06/15/2011 | 27 | | REPLY to opposition to motion re 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities)* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Attachments: # 1 Declaration, # 2 Appendix)(Yeargin, Donald) (Entered: 06/15/2011) |
| 06/15/2011 | 28 | | REPLY to opposition to motion re 14 MOTION for Order *Granting Defendants' Motion for Judicial Notice* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Yeargin, Donald) (Entered: 06/15/2011) |
| 06/27/2011 | 29 | | MOTION for Leave to File *Sur−reply Memorandum* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Exhibit Exhibit 1 – Proposed Sur−reply Memorandum, # 2 Exhibit Exhibit A to Proposed Sur−reply Memorandum, # 3 Text of Proposed Order)(Hays, Michael) (Entered: 06/27/2011) |
| 07/13/2011 | 30 | | NOTICE OF SUPPLEMENTAL AUTHORITY by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Exhibit A)(Hays, Michael) (Entered: 07/13/2011) |
| 07/14/2011 | 31 | | Memorandum in opposition to re 29 MOTION for Leave to File *Sur−reply Memorandum* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND |

| | | | |
|---|---|---|---|
| | | | ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Yeargin, Donald) (Entered: 07/14/2011) |
| 07/21/2011 | 32 | | REPLY to opposition to motion re 29 MOTION for Leave to File *Sur−reply Memorandum* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Hays, Michael) (Entered: 07/21/2011) |
| 09/01/2011 | 33 | | MEMORANDUM OPINION. Signed by Judge Ellen S. Huvelle on September 1, 2011. (lcesh2) (Entered: 09/01/2011) |
| 09/01/2011 | 34 | | ORDER granting in part and denying in part 14 defendants' Motion for Judicial Notice of Documents and Facts; granting 29 plaintiffs' Motion for Leave to File; and granting in part and denying in part 15 defendants' Motion to Dismiss for the reasons set forth in the accompanying 33 Memorandum Opinion. Signed by Judge Ellen S. Huvelle on September 1, 2011. (lcesh2) (Entered: 09/01/2011) |
| 09/01/2011 | 35 | | VACATED PURSUANT TO MINUTE ORDER FILED ON 09/15/2011ORDER setting Initial Scheduling Conference for September 20, 2011, at 10:00 a.m. in Courtroom 23A. Signed by Judge Ellen S. Huvelle on September 1, 2011. (lcesh2) Modified on 9/15/2011 (jf, ). (Entered: 09/01/2011) |
| 09/01/2011 | 36 | | SURREPLY to re 15 MOTION to Dismiss *(with corrected Table of Authorities)* MOTION to Dismiss *(with corrected Table of Authorities)* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Exhibit A)(jf, ) (Entered: 09/02/2011) |
| 09/12/2011 | 37 | | NOTICE OF APPEAL as to 34 Order on Motion for Order, Order on Motion to Dismiss, Order on Motion for Leave to File,,, 33 Memorandum &Opinion by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY. Filing fee $ 455, receipt number 0090−2661046. Fee Status: Fee Paid. Parties have been notified. (Yeargin, Donald) (Entered: 09/12/2011) |
| 09/12/2011 | 38 | | MOTION to Continue the Initial Scheduling Conference and Stay all Proceedings and Discovery in This Matter by REPUBLIC OF HUNGARY (Attachments: # 1 Memorandum in Support, # 2 Appendix, # 3 Text of Proposed Order)(Yeargin, Donald). Added MOTION to Stay on 9/13/2011 (jf, ). (Entered: 09/12/2011) |
| 09/13/2011 | 39 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 37 Notice of Appeal,. (jf, ) (Entered: 09/13/2011) |
| 09/13/2011 | | | USCA Case Number 11−7096 for 37 Notice of Appeal, filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, REPUBLIC OF HUNGARY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY. (kb, ) (Entered: 09/13/2011) |
| 09/13/2011 | 40 | | MEET AND CONFER STATEMENT. (Hays, Michael) (Entered: 09/13/2011) |
| 09/15/2011 | | | MINUTE ORDER granting 38 defendants' Motion to Continue and to Stay: Based on a conference held this date, the Court grants 38 defendants' unopposed Motion to Continue the Initial Scheduling Conference and Stay all Proceedings and Discovery in This Matter, it is hereby ORDERED that the Initial Scheduling |

| | | |
|---|---|---|
| | | Conference set for September 20, 2011 is VACATED; and it is further ORDERED that the Clerk of Court shall administratively close this case pending further order from the Court. Signed by Judge Ellen S. Huvelle on September 15, 2011. (AG) (Entered: 09/15/2011) |
| 09/21/2011 | 41 | Joint MOTION for Briefing Schedule by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Yeargin, Donald) (Entered: 09/21/2011) |
| 09/21/2011 | 42 | ORDER granting 41 Joint MOTION for Briefing Schedule filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, JULIA ALICE HERZOG, REPUBLIC OF HUNGARY, ANGELA MARIA HERZOG, DAVID L. DE CSEPEL, HUNGARIAN NATIONAL GALLERY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS. Signed by Judge Ellen S. Huvelle on September 21, 2011. (AG) (Entered: 09/21/2011) |
| 09/26/2011 | | Set/Reset Deadlines: Motions due by 9/26/2011. Responses due by 10/17/2011 Replies due by 10/28/2011. (gdf) (Entered: 09/26/2011) |
| 09/26/2011 | 43 | MOTION for Certification for interlocutory appeal by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY (Attachments: # 1 Appendix, # 2 Text of Proposed Order)(Yeargin, Donald) (Entered: 09/26/2011) |
| 10/17/2011 | 44 | Memorandum in opposition to re 43 MOTION for Certification for interlocutory appeal filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Hays, Michael) (Entered: 10/17/2011) |
| 10/17/2011 | 45 | Cross MOTION for Certification for interlocutory appeal *(in the alternative)* by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG (Attachments: # 1 Text of Proposed Order)(Hays, Michael) (Entered: 10/17/2011) |
| 10/28/2011 | 46 | REPLY to opposition to motion re 43 Motion *for Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal Issues Arising from this Courts September 1, 2011, Decision and Order* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Attachments: # 1 Appendix)(Yeargin, Donald) Modified to add link on 10/31/2011 (znmw, ). (Entered: 10/28/2011) |
| 10/28/2011 | 47 | Memorandum in opposition to re 45 Cross MOTION for Certification for interlocutory appeal *(in the alternative)* filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, HUNGARIAN NATIONAL GALLERY, MUSEUM OF APPLIED ARTS, MUSEUM OF FINE ARTS, REPUBLIC OF HUNGARY. (Attachments: # 1 Exhibit A)(Yeargin, Donald) (Entered: 10/28/2011) |
| 11/07/2011 | 48 | REPLY to opposition to motion re 45 Cross MOTION for Certification for interlocutory appeal *(in the alternative)* filed by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. (Attachments: # 1 Exhibit Exhibit A)(Hays, Michael) (Entered: 11/07/2011) |

| 11/15/2011 | 49 | | ORDER of USCA as to 37 Notice of Appeal, filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, REPUBLIC OF HUNGARY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY ; USCA Case Number 11−7096. ORDERED, on the court's own motion, that this case be held in abeyance pending the district courts resolution of the pending motions for certification for interloctory appeal. The parties are directed to file motions to govern further proceedings within 14 days of the district courts resolution of the pending motions. The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motions.(kb) Modified on 11/15/2011 (kb). (Entered: 11/15/2011) |
| --- | --- | --- | --- |
| 11/15/2011 | 50 | | ORDER of USCA as to 37 Notice of Appeal, filed by BUDAPEST UNIVERSITY OF TECHNOLOGY AND ECONOMICS, REPUBLIC OF HUNGARY, MUSEUM OF FINE ARTS, MUSEUM OF APPLIED ARTS, HUNGARIAN NATIONAL GALLERY ; ORDERED, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the pending motions for certification for interloctory appeal. USCA Case Number 11−7096. (mmh) (Entered: 11/22/2011) |
| 11/30/2011 | 51 | | MEMORANDUM OPINION AND ORDER granting 43 Motion for Certificate of Appealability; granting 45 Motion for Certificate of Appealability. Signed by Judge Ellen S. Huvelle on November 30, 2011. (AG) (Entered: 11/30/2011) |
| 12/01/2011 | 52 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 51 Order on Motion for Certification for Interlocutory Appeal, ;USCA Case Number 11−7096. (znmw, ) (Entered: 12/01/2011) |
| 03/02/2012 | 53 | 16 | USCA ORDER (USCA Case Number 11−8031). ORDERED that the petitions for permission to appeal be granted. See 28 U.S.C. § 1292(b). Approval of the petitions is without prejudice to reconsideration by the merits panel. The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal for the plaintiffs and as a notice of appeal for the defendants pursuant to Fed. R. App. P. 5 and collect the mandatory fees from the parties. Upon payment of the fees, the district court is to certify and transmit the preliminary records to this court, after which the cases will proceed in the normal course. (kb) (Entered: 03/05/2012) |
| 03/05/2012 | 54 | 15 | NOTICE OF APPEAL as to 53 USCA ORDER (USCA Case Number 11−8031). ORDERED that the petitions for permission to appeal be granted(see order for full detail). by DAVID L. DE CSEPEL, ANGELA MARIA HERZOG, JULIA ALICE HERZOG. Fee Status: No Fee Paid. Parties have been notified. (jf, ) (Entered: 03/06/2012) |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 11-8031**

**September Term 2011**

**1:10-cv-01261-ESH**

**Filed On:** March 2, 2012

In re: Republic of Hungary, a foreign state, et al.,

       Petitioners

    **BEFORE:**   Henderson, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the defendants' petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), the plaintiffs' response thereto and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), and the defendants' reply in support of their petition and opposition to the plaintiffs' petition, it is

**ORDERED** that the petitions for permission to appeal be granted. <u>See</u> 28 U.S.C. § 1292(b). Approval of the petitions is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal for the plaintiffs and as a notice of appeal for the defendants pursuant to Fed. R. App. P. 5 and collect the mandatory fees from the parties. Upon payment of the fees, the district court is to certify and transmit the preliminary records to this court, after which the cases will proceed in the normal course.

**<u>Per Curiam</u>**

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 11-8031**

**September Term 2011**

**1:10-cv-01261-ESH**

**Filed On:** March 2, 2012

In re: Republic of Hungary, a foreign state, et al.,

      Petitioners

      **BEFORE:**    Henderson, Tatel, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the defendants' petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), the plaintiffs' response thereto and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), and the defendants' reply in support of their petition and opposition to the plaintiffs' petition, it is

**ORDERED** that the petitions for permission to appeal be granted. <u>See</u> 28 U.S.C. § 1292(b).  Approval of the petitions is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal for the plaintiffs and as a notice of appeal for the defendants pursuant to Fed. R. App. P. 5 and collect the mandatory fees from the parties.  Upon payment of the fees, the district court is to certify and transmit the preliminary records to this court, after which the cases will proceed in the normal course.

**<u>Per Curiam</u>**