IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL**, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | No. 1:10-cv-01261(ESH) |
| ) | |
| **REPUBLIC OF HUNGARY**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION TO CONFORM BRIEFING SCHEDULES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, the parties, through counsel, jointly move to conform the time for Plaintiffs to respond to Defendants' Motion for Judicial Notice [Dkt. No. 107] with the schedule previously set by this Court for Plaintiffs to respond to Defendants' Motion to Dismiss. [Dkt. No. 106]. In support of this motion, the parties state as follows:

1.	By Minute Order dated February 27, 2015, this Court granted the Parties' Joint Motion for Extension of Time to Complete Discovery and to Brief Defendants' Renewed Motion to Dismiss [Dkt. No. 104] and ordered that Defendants' Motion to Dismiss be filed by May 18, 2015 with Plaintiffs' opposition due on June 24, 2015 and Defendants' reply due on July 9, 2015.

2.	On May 18, 2015, Defendants filed their Motion to Dismiss and also filed a separate Motion for Judicial Notice in which they requested that this Court take judicial notice of certain Hungarian laws.

3. As Defendants noted in their Motion, Plaintiffs have reserved the right to oppose Defendants' Motion for Judicial Notice.

4. To promote efficiency, the parties jointly propose that the schedule for briefing Defendants' Motion for Judicial Notice be conformed with the existing schedule for briefing Defendants' Motion to Dismiss as follows:

| | |
|---|---|
| June 24, 2015 | Plaintiffs' Opposition to Defendants' Motion for Judicial Notice |
| July 9, 2015 | Defendants' Reply in Support of Motion for Judicial Notice |

WHEREFORE, the parties respectfully request that the Court set the deadline for Plaintiffs to file any opposition to Defendants' Motion for Judicial Notice as June 24, 2015 with any reply by Defendants due on July 9, 2015.

Dated: May 29, 2015

Respectfully submitted,

/s/ Michael D. Hays
Michael D. Hays (D.C. Bar No. 932418)
Alyssa T. Saunders (D.C. Bar No. 1003735)
COOLEY LLP
1299 Pennsylvania Avenue, N.W., Ste. 700
Washington, D.C. 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
mhays@cooley.com
asaunders@cooley.com

*Counsel For Plaintiffs*

Of Counsel:

Michael Shuster (*pro hac vice*)
Dorit U. Black (*pro hac vice*)
HOLWELL SHUSTER & GOLDBERG LLP
125 Broad Street
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
mshuster@hsgllp.com
dblack@hsgllp.com

/s/ Emily C. Harlan
Emily C. Harlan (D.C. Bar No. 989267)
NIXON PEABODY LLP
401 Ninth Street NW, Suite 900
Washington, DC 20004
Tel: (202)-585-8000
Fax: (202)-585-8080
eharlan@nixonpeabody.com

*Counsel for Defendants*

Of Counsel:

Thaddeus J. Stauber (*pro hac vice*)
Sarah Erickson André (*pro hac vice*)
NIXON PEABODY LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 629-6000
Fax: (213) 629-6001
tstauber@nixonpeabody.com
sandre@nixonpeabody.com

2

Sheron Korpus (*pro hac vice*)
Alycia Regan Benenati (*pro hac vice*)
KASOWITZ BENSON TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com
abenenati@kasowitz.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Joint Motion to Conform Briefing Schedules was served this 29th day of May, 2015, via the Court's electronic filing system on the following individuals:

Emily C. Harlan (D.C. Bar No. 989267)
NIXON PEABODY LLP
401 Ninth Street NW
Suite 900
Washington, DC 20004
Tel: (202)-585-8000
Fax: (202)-585-8080
eharlan@nixonpeabody.com

Thaddeus J. Stauber (*pro hac vice*)
Sarah Erickson Andre (*pro hac vice*)
NIXON PEABODY LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 629-6000
Fax: (213) 629-6001
tstauber@nixonpeabody.com
sandre@nixonpeabody.com

                                            /s/ *Michael D. Hays*
                                            Michael D. Hays