**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.* <br><br> **Plaintiffs,** <br><br> vs. <br><br> **REPUBLIC OF HUNGARY,** *et al.*, <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **No. 1:10-cv-01261 (ESH)** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Technology and Economics (collectively, "Hungary"), through counsel, appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of the District Court entered in this action on March 14, 2016, by Judge Ellen S. Huvelle, denying, in part, Hungary's renewed motion to dismiss.

Dated: April 7, 2016

Respectfully submitted,

*/s/ Emily C. Harlan*
Emily C. Harlan (Bar No. 989267)
NIXON PEABODY LLP
799 9th Street, Suite 500
Washington DC 20001
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
eharlan@nixonpeabody.com

Thaddeus J. Stauber *(pro hac vice)*
Sarah Erickson André *(pro hac vice)*
NIXON PEABODY LLP
300 South Grand Avenue
Suite 4100
Los Angeles, CA 90071

*Counsel for Defendants Republic of Hungary, The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, and The Budapest University of Technology and Economics*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th of April 2016, I caused a true and correct copy of the foregoing Notice of Appeal to be served, via the Court's ECF electronic filing system, upon the following counsel of record in this matter:

>Michael D. Hays
>Alyssa T. Saunders
>Cooley LLP
>1299 Pennsylvania Avenue, NW
>Suite 700
>Washington, DC 20004
>
>Michael Shuster
>Dorit Ungar Black
>Holwell Shuster & Goldberg LLP
>125 Broad Street
>New York, NY 10017
>
>Alycia Regan Benenati
>Sheron Korpus
>Kasowitz, Benson, Torres & Friedman LLP
>1633 Broadway
>New York, NY 10019

>_/s/ Emily C. Harlan_____