UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. de CSEPEL,** *et al.*,   )<br>                                                          )<br>                     **Plaintiffs,**        )<br>          v.                                           )<br>                                                          )<br>**REPUBLIC OF HUNGARY,** *et al.*,  )<br>                                                          )<br>                     **Defendants.**     )<br>                                                          ) | Civil Action No. 10-1261 (ESH) |

## ORDER

Upon consideration of defendants' unopposed Motion to Continue the Status Conference and to Stay All Proceedings and Discovery (April 7, 2016 [ECF No. 127]), it is hereby

**ORDERED** that defendants' unopposed motion is **GRANTED**; it is further

**ORDERED** that the joint proposed schedule deadline of April 27, 2016, is vacated; it is further

**ORDERED** that the status conference scheduled for April 27, 2016, is continued and all further proceedings and remaining discovery in this case are stayed until further notice by this Court; it is further

**ORDERED** that, within 30 days of the appellate court's decision, the parties shall meet and confer, and shall submit a status report to the Court proposing a joint schedule for future proceedings; and it is further

**ORDERED** that the Clerk shall administratively close this case pending appeal.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 8, 2016