**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DAVID L. de CSEPEL,** *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | | |
| **vs.** | | **No. 1:10-cv-01261 (JDB)** |
| **HUNGARY,** *et al.,* | | |
| **Defendants.** | | |

**DEFENDANTS' MOTION TO STAY ACTIVITY BEFORE THE DISTRICT COURT
PENDING RESOLUTION OF DEFENDANTS' FORTHCOMING PETITION FOR A
WRIT OF CERTIORARI**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, and Local Rule 7,

Defendants Museum of Fine Arts, Hungarian National Gallery, Museum of Applied Arts,

Budapest University of Technology and Economics, (the "Museums") and Magyar Nemzeti

Vagyonkezelő Zrt. ("MNV") (collectively "Defendants"), through counsel, submit this

Memorandum of Points of Authorities in Support of Defendants' Motion to stay all proceedings

in this matter pending the resolution of Defendant's forthcoming Petition for a Writ of Certiorari

(the "Petition") due to be filed in the United States Supreme Court on August 8, 2022.

Defendants' Petition will ask the ask the Supreme Court to review two D.C. Circuit

holdings from *de Csepel v. Republic of Hungary*, 27 F.4th 736 (D.C. Cir. 2022), which found:

(1) that neither Federal Rule of Civil Procedure 19 nor the Supreme Court's decision in *Republic*

*of Philippines v. Pimentel*, 553 U.S. 851 (2008), bar this action from going forward where the owner of the claimed property and the sources of Plaintiffs' injuries is immune and it is undisputed that its interests will be adversely affected if the case continues, (2) that non-immune sovereigns may not raise a defense of international comity (exhaustion), even though the Seventh Circuit recognizes it is a defense available to non-immune sovereigns, *see Fischer v. Magyar Allamvasutak Zrt.*, 777 F.3d 847, 857–58 (7th Cir. 2015), and the Supreme Court recognizes that such entities must be treated as private parties, *see Cassirer v. Thyssen-Bornemisza Collection Found.*, 142 S. Ct. 1502, 1508-10 (2022).

While Plaintiffs disagree and advised Defendants that they will oppose this motion, it is in the interests of judicial efficiency for this Court to stay all motion practice and other activity before it until Defendants' petition is resolved.

If the Supreme Court grants certiorari on either issue, the litigation will end entirely, because the action cannot continue in Hungary's absence, or it will be narrowed dramatically, as the court may only exercise jurisdiction over *four* artworks whose ownership was previously litigated in Hungary.  For these reasons, and those more fully set forth in the accompanying Memorandum of Points and Authorities, Defendants respectfully request that the Court stay all proceedings in this matter pending resolution of Defendants' Petition.

<u>**CERTIFICATION PURSUANT TO LCvR 7(m)**</u>

Undersigned counsel for Defendants hereby certifies, pursuant to LCvR 7(m), that a good faith effort was made to discuss the subject of this motion, and the relief requested herein, with counsel for the Plaintiffs.  Plaintiffs' counsel advised Defendants' counsel that Plaintiffs oppose Defendants' motion to stay.

Dated:  June 20, 2022                              Respectfully submitted,

                                                  */s/ Sarah E. André*
                                                  Sarah Erickson André (Bar No. 1033149)
                                                  NIXON PEABODY LLP
                                                  799 9th Street, Suite 500
                                                  Washington DC 20001
                                                  Telephone: (202) 585-8000
                                                  Facsimile: (202) 585-8080
                                                  sandre@nixonpeabody.com

                                                  Thaddeus J. Stauber *(pro hac vice)*
                                                  NIXON PEABODY LLP
                                                  300 South Grand Avenue, Suite 4100
                                                  Los Angeles, CA 90071
                                                  Tel: (213) 629-6000
                                                  Fax: (213) 629-6001
                                                  tstauber@nixonpeabody.com

                                                  **Counsel for Defendants The Hungarian
                                                  National Gallery, The Museum of Fine Arts,
                                                  The Museum of Applied Arts, The Budapest
                                                  University of Technology and Economics, and
                                                  Magyar Nemzeti Vagyonkezelő Zrt.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2022, I caused true and correct copies of the foregoing Defendants' Motion to Stay Activity Before the District Court Pending Resolution of Defendants' Forthcoming Petition for a Writ of Certiorari to be filed electronically with the United States District Court for the District of Columbia using the ECF system which will send a notification of such filing to the following:

David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, N.W., Suite 700
Washington, D.C. 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

Sheron Korpus
Alycia Regan Benenati
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com
abenenati@kasowitz.com

_/s/ Sarah E. André_
Sarah Erickson André