**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID L. de CSEPEL, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC OF HUNGARY, *et al.*,<br><br>Defendants. | ) | No. 1:10-cv-01261 (JDB) |

**JOINT STIPULATION REGARDING SCHEDULING**

On July 27, 2026, in consideration of the D.C. Circuit's [254] partial mandate and [254-1] order remanding for further proceedings in light of the Holocaust Expropriated Art Recovery Act of 2025, Pub. L. No. 119-82, 140 Stat. 752 (April 13, 2026), this Court ordered the parties to meet and confer by not later than August 13, 2026, and to file a proposed schedule to govern further proceedings by not later than August 20, 2026. Counsel for the parties met and conferred on August 10, 2026, and agreed to resume their discussion the following week. On August 12, 2026, by Minute Order, this Court acknowledged that the U.S. Government has until not later than October 6, 2026, to file a notice of intervention in this case.

Pursuant to a further meet and confer on August 17, 2026, and considering that the U.S. Government may intervene which may require further briefing, the parties hereby stipulate and respectfully request that the Court withhold setting a briefing schedule pending the U.S. Government's filing of its notice of intervention, if any, up until October 6, 2026. The parties will meet and confer to discuss a proposed briefing schedule within seven (7) days of the U.S.

Government's filing of its notice of intervention and will file a proposed briefing schedule (joint or separate) within seven (7) days after that. A proposed Order is attached.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Amit R. Vora*
Sheron Korpus
Amit R. Vora (D.C. Bar No. 1021685)
Alycia Regan Benenati
KASOWITZ LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com
avora@kasowitz.com
abenenati@kasowitz.com

***Counsel for Plaintiffs David L. de Csepel, Angela Maria Herzog, and Julia Alice Herzog***

*/s/Aaron M. Brian*
Thaddeus J. Stauber
Aaron M. Brian
Zachary C. Osinski
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6076
Facsimile: (866) 231-3048
tstauber@nixonpeabody.com
abrian@nixonpeabody.com
zosinski@nixonpeabody.com

Adam Tarosky (D.C. Bar No. 983920)
NIXON PEABODY LLP
799 9th Street, NW, Suite 500
Washington, DC 20001-4501
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
atarosky@nixonpeabody.com

***Counsel for Defendants The Hungarian National Gallery, The Museum of Fine Arts, The Museum of Applied Arts, The Budapest University of Technology and Economics, and Magyar Nemzeti Vagyonkezelő Zrt.***